UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 7783**

------------------------------------------------------------x

NAVIGATOR CAPITAL PARTNERS, L.P., on behalf of itself and all others similarly situated,

           Plaintiff,

- against -

BEAR STEARNS ASSET MANAGEMENT INC., BEAR, STEARNS SECURITIES CORP., THE BEAR STEARNS COMPANIES INC., BEAR, STEARNS & CO. INC., RALPH CIOFFI, RAYMOND MCGARRIGAL and MATTHEW TANNIN,

           Defendants,

- and -

BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,

           Nominal Defendant.

------------------------------------------------------------x

Case No. _____ Civ. _____

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendants Bear Stearns Asset Management Inc. ("BSAM"), Bear, Stearns Securities Corp. ("BSSC"), The Bear Stearns Companies Inc. ("BSC"), and Bear, Stearns & Co. Inc. ("BS&C"), certifies that BSAM, BSSC, and BS&C are wholly-owned subsidiaries of BSC, which is publicly held and traded on the New York Stock Exchange.

           Respectfully Submitted,

1

Dated: August 31, 2007

By: *Daniel Richenthal*

Charles C. Platt
Peter K. Vigeland
Daniel C. Richenthal
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

Attorneys for Defendants
BEAR STEARNS ASSET MANAGEMENT;
BEAR, STEARNS SECURITIES CORP.;
THE BEAR STEARNS COMPANIES INC.: and
BEAR, STEARNS & CO. INC.

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, August 31, 2007, I caused to be served, by overnight delivery, a true and correct copy of the Rule 7.1 Corporate Disclosure Statement for Defendants Bear Stearns Asset Management Inc., Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., and Bear, Stearns & Co. Inc. upon the individuals listed below:

Vincent R. Cappucci
Andrew J. Entwistle
Stephen D. Oestreich
Robert N. Cappucci
Michael H. Rosner
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, New York 10017
(212) 894-7200

Douglas R. Hirsch
SADIS & GOLDBERG LLP
551 Fifth Avenue
21st Floor
New York, New York 10176
(212) 947-3793

*Attorneys for Plaintiff*
*NAVIGATOR CAPITAL PARTNERS, L.P.*


Edward J.M. Little
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorney for Defendant*
*RALPH CIOFFI*


Catherine L. Redlich
DRISCOLL & REDLICH
521 Park Avenue, Suite 3300
New York, New York 10175

(212) 986-4030

*Attorney for Defendant*
RAYMOND MCGARRIGAL


Nina Beattie
Theresa Trzaskoma
BRUNE & RICHARD LLP
80 Broad Street
New York, New York 10004
(212) 668-1900

*Attorneys for Defendant*
MATTHEW TANNIN


Dated: August 31, 2007
      New York, New York

                                                                 */s/ Daniel Richenthal*
                                                                 Daniel C. Richenthal