UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                :

NAVIGATOR CAPITAL PARTNERS, L.P., on    :    Case No. 07 Civ. 7783
behalf of itself and all others similarly situated,  :

                :    **JOINT STIPULATION AND**
          Plaintiff,         :    **[~~PROPOSED~~] ORDER**
                :    **REGARDING SCHEDULING**

         - against -           :

BEAR STEARNS ASSET MANAGEMENT,    :
BEAR, STEARNS SECURITIES CORP.,     :
THE BEAR STEARNS COMPANIES INC.,    :
BEAR, STEARNS & CO. INC., RALPH      :
CIOFFI, RAYMOND MCGARRIGAL AND    :
MATTHEW TANNIN,              :



         Defendants,        :

         - and -              :

BEAR STEARNS HIGH-GRADE STRUCTURED  :
CREDIT STRATEGIES, L.P.,         :
                :

       Nominal Defendant.      :
                :
------------------------------------------------------------------------x

Plaintiff Navigator Capital Partners, L.P. ("Plaintiff") and Defendants Bear Stearns Asset

Management, Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., Bear, Stearns &

Co. Inc., Ralph Cioffi, Raymond McGarrigal and Matthew Tannin (collectively, "Defendants,"

and collectively with Plaintiff, "the Parties") jointly submit the following Stipulation and

[~~Proposed~~] Order Regarding Scheduling, in support of which they state as follows:

WHEREAS, on or about August 6, 2007, Plaintiff filed a complaint in the Supreme Court

of the State of New York, County of New York, which the clerk of that Court assigned Index

No. 07-602663 (the "Action");

WHEREAS, on or about August 31, 2007, Defendants jointly filed with this Court and will subsequently file with the Clerk of Court for the Supreme Court of the State of New York, County of New York, on or about September 4, 2007, a Notice of Removal of the Action from the Supreme Court of the State of New York, County of New York, to this Court based upon the Securities Litigation Uniform Standards Act of 1998, 15 U.S.C. §§ 77p(c) & 78bb(f)(2), and the Class Action Fairness Act, 28 U.S.C. §§ 1332, 1441 & 1453;

WHEREAS, Plaintiff intends to file with this Court a motion for remand of the Action to the Supreme Court of the State of New York, County of New York;

WHEREAS, the Parties believe it will be more efficient for the Court to address the motion for remand before Defendants answer or otherwise move with respect to the complaint because determining the appropriate forum affects Defendants' anticipated motion to dismiss the complaint; and

WHEREAS, Plaintiff agrees that Defendants can defer the filing of any answer or motion to dismiss until the Court resolves Plaintiff's motion for remand of Action;

THEREFORE, it is hereby stipulated, by and between Plaintiff and Defendants, through their counsel of record, that:

1. Defendants' answer to, or motion to dismiss, the complaint is adjourned *sine die* until after this Court resolves Plaintiff's motion for remand of the Action, at which time the Parties will, if necessary, propose a briefing schedule for any motion to dismiss to the Court; and

2. The briefing schedule for Plaintiff's motion for remand of the Action is:
   - Plaintiff will file any motion for remand of the Action on or before September 28, 2007;

- 2 -

- Defendants will file any papers in opposition to Plaintiff's motion for remand of the Action on or before October 26, 2007; and

- Plaintiff will file any reply papers in further support of its motion to remand the Action on or before November 9, 2007.

Respectfully Submitted,

By: _____

Dated: August 31, 2007

Vincent R. Cappucci
Andrew J. Entwistle
Stephen D. Oestreich
Robert N. Cappucci
Michael H. Rosner
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue
26th Floor West
New York, New York 10017
(212) 894-7200

Douglas R. Hirsch
SADIS & GOLDBERG LLP
551 Fifth Avenue
21st Floor
New York, New York 10176
(212) 947-3793

Attorneys for Plaintiff
NAVIGATOR CAPITAL PARTNERS, L.P.

- 3 -

Dated:  September 4, 2007

Charles C. Platt
Peter K. Vigeland
WILMER CUTLER PICKERING HALE AND
DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

Attorneys for Defendants
BEAR STEARNS ASSET MANAGEMENT;
BEAR, STEARNS SECURITIES CORP.;
THE BEAR STEARNS COMPANIES INC.; and
BEAR, STEARNS & CO. INC.

- 4 -

Dated: September 4, 2007

Edward J.M. Little
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6400

Attorney for Defendant
RALPH CIOFFI

- 5 -

Dated: September 4, 2007

_Catherine L Redlich_

Catherine L. Redlich
DRISCOLL & REDLICH
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

Attorney for Defendant
RAYMOND MCGARRIGAL

- 6 -

Dated: September 7, 2007

Nina Beattie
Theresa Trzaskoma
BRUNE & RICHARD LLP
80 Broad Street
New York, New York 10004
(212) 668-1900

Attorneys for Defendant
MATTHEW TANNIN

- 7 -

New York, NY
Dated:  September 6, 2007

SO ORDERED:

Alvin K. Hellerstein
U.S.D.J.