UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGATOR CAPITAL PARTNERS, L.P., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>  - against -<br><br>BEAR STEARNS ASSET MANAGEMENT, BEAR, STEARNS SECURITIES CORP., THE BEAR STEARNS COMPANIES INC., BEAR, STEARNS & CO. INC., RALPH CIOFFI, RAYMOND MCGARRIGAL AND MATTHEW TANNIN,<br><br>      Defendants,<br><br>- and -<br><br>BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,<br><br>      Nominal Defendant. | Case No. 07 Civ. 7783<br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of plaintiff Navigator Capital Partners, L.P. as counsel and that demand is hereby made that copies of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       September 19, 2007

                By: _____/s/_____
                    Andrew J. Entwistle
                    Vincent R. Cappucci
                    Stephen D. Oestreich
                    Johnston de F. Whitman
                    Richard W. Gonnello
                    Jonathan H. Beemer
                    Michael H. Rosner
                    ENTWISTLE & CAPPUCCI LLP
                    280 Park Avenue
                    26th Floor West
                    New York, New York
                    (212) 894-7200

                    Douglas R. Hirsch
                    SADIS & GLODBERG LLP
                    551 Fifth Avenue
                    21st Floor
                    New York, New York 10176
                    (212) 947-3793

                    Attorneys for Plaintiff
                    NAVIGATOR CAPITAL PARTNERS, L.P.