UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
NAVIGATOR CAPITAL PARTNERS, L.P., on behalf of :
itself and all others similarly situated, :
:
                         Plaintiff, :
:   07 Civ. 07783 (AKH) (DFE)
      - against - :
:
BEAR STEARNS ASSET MANAGEMENT, BEAR, :
STEARNS SECURITIES CORP., THE BEAR :
STEARNS COMPANIES INC., BEAR, STEARNS & :
CO. INC., RALPH CIOFFI, RAYMOND :
MCGARRIGAL AND MATTHEW TANNIN, :
:
                        Defendants, :
      - and - :
:
BEAR STEARNS HIGH-GRADE STRUCTURED :
CREDIT STRATEGIES, L.P., :
:
                 Nominal Defendant. :
------------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT, upon the Declaration of Andrew J. Entwistle dated September 28, 2007 and the exhibits attached thereto, the accompanying Memorandum of Law in Support of Plaintiff's Motion to Remand, and all prior proceedings and pleadings herein, the undersigned attorneys for Plaintiff Navigator Capital Partners, L.P. will move this Court, before the Honorable Alvin K. Hellerstein, in the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an Order remanding this action to the New York State Supreme Court, County of New York, pursuant to 28 U.S.C. §§ 1447 and 1453, together with an award of costs and attorneys' fees to be determined by this Court, and any

other relief this Court deems just and proper.

Dated: New York, New York
September 28, 2007

        ENTWISTLE & CAPPUCCI LLP

        /s/ Andrew J. Entwistle
        Andrew J. Entwistle
        Vincent R. Cappucci
        Robert N. Cappucci
        Stephen D. Oestreich
        Jonathan H. Beemer
        Michael H. Rosner
        280 Park Avenue
        26th Floor West
        New York, New York 10017
        (212) 894-7200

        Douglas R. Hirsch
        SADIS & GOLDBERG LLP
        551 Fifth Avenue
        21st Floor
        New York, New York 10176
        (212) 947-3793

        *Attorneys for Plaintiff*
        *NAVIGATOR CAPITAL PARTNERS, L.P.*