UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGATOR CAPITAL PARTNERS, L.P., on behalf of itself and all others similarly situated,<br><br>         Plaintiff,<br><br>-against-<br><br>BEAR STEARNS ASSET MANAGEMENT, BEAR, STEARNS SECURITIES CORP., THE BEAR STEARNS COMPANIES INC., BEAR, STEARNS & CO. INC., RALPH CIOFFI, RAYMOND MCGARRIGAL AND MATTHEW TANNIN,<br><br>         Defendants,<br><br>- and -<br><br>BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,<br><br>         Nominal Defendant. | Index No.: 07 Civ. 7783 (AKH)<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Marc A. Weinstein and Jason A. Masimore hereby appear on behalf of defendant Ralph Cioffi as counsel, along with Edward J.M. Little. The undersigned hereby certify that they are admitted to practice in this Court.

Dated: New York, New York
    October 25, 2007

                By:  /s/ Marc A. Weinstein
                   Marc A. Weinstein
                   HUGHES HUBBARD & REED LLP
                   One Battery Park Plaza
                   New York, New York 10004
                   Tel: (212) 837-6460
                   Fax: (212) 299-6460
                   weinstei@hugheshubbard.com

By:    /s/ Jason A. Masimore
Jason A. Masimore
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6804
Fax: (212) 299-6804
masimore@hugheshubbard.com

*Attorneys for Defendant Ralph Cioffi*

By ECF to:

Andrew J. Entwistle
Johnston de Forest Whitman, Jr.
Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017
212-894-7200
212-894-7272 (fax)
aentwistle@entwistle-law.com
jwhitman@entwistle-law.com
*Attorneys for Plaintiff Navigator Capital Partners, L.P.*


Nina Minard Beattie
Theresa Marie Trzaskoma
Brune & Richard LLP
80 Broad Street, 30th Floor
New York, NY 10004
212-668-1900
212-668-0315 (fax)
ttrzaskoma@bruneandrichard.com
nbeattie@bruneandrichard.com
*Attorneys for Defendant Matthew Tannin*


Catherine L. Redlich
Driscoll & Redlich
521 Fifth Avenue, Suite 3300
New York, NY 10175
212 986-4030
(212)-986-4050 (fax)
credlich@driscollredlich.com
*Attorney for Defendant Raymond McGarrigal*

Charles C. Platt
Peter Kristian Vigeland
Daniel Charles Richenthal
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
212-230-8800
212-230-8888 (fax)
charles.platt@wilmerhale.com
peter.vigeland@wilmerhale.com
daniel.richenthal@wilmerhale.com
*Attorneys for Defendants*
*Bear Stearns Asset Management*
*Bear, Stearns & Co., Inc.*
*Bear, Stearns Securities Corp.*
*The Bear Stearns Companies, Inc.*