UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
NAVIGATOR CAPITAL PARTNERS, L.P., on  :  Case No. 07 Civ. 07783 (AKH) (DFE)
behalf of itself and all others similarly situated,  :
:
Plaintiff,  :  Oral Argument Requested
:
- against -  :
:
BEAR STEARNS ASSET MANAGEMENT,  :
BEAR, STEARNS SECURITIES CORP.,  :
THE BEAR STEARNS COMPANIES INC.,  :
BEAR, STEARNS & CO. INC., RALPH  :
CIOFFI, RAYMOND MCGARRIGAL AND  :
MATTHEW TANNIN,  :
:
Defendants,  :
:
- and -  :
:
BEAR STEARNS HIGH-GRADE STRUCTURED  :
CREDIT STRATEGIES, L.P.,  :
:
Nominal Defendant.  :
:
-----------------------------------------------------------------x

## EXHIBITS TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

WILMER CUTLER PICKERING HALE AND
DORR LLP
399 Park Avenue
New York, New York  10022
(212) 230-8800

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York  10004
(212) 837-6400

DRISCOLL & REDLICH
521 Fifth Avenue, Suite 3300
New York, New York  10175
(212) 986-4030

BRUNE & RICHARD LLP
80 Broad Street
New York, New York  10004
(212) 668-1900

TABLE OF CONTENTS

| TAB NO. | DOCUMENT DESCRIPTION |
|---|---|
| F. | August 2004 Bear Stearns High-Grade Structured Credit Strategies, L.P. Private Placement Memorandum |
| G. | Declaration of Matthew Tannin |
| H. | Declaration of Robert Ervin, Dated October 25, 2007 |
| I. | Declaration of Rajan Govindan, Dated October 24, 2007 |
| J. | Prospectus Materials of Prudential Financial, Inc. and Lincoln National Corporation |

Respectfully submitted,

/s/ Peter K. Vigeland_____
Charles C. Platt
Peter K. Vigeland
Daniel C. Richenthal
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

Attorneys for Defendants
BEAR STEARNS ASSET MANAGEMENT;
BEAR, STEARNS SECURITIES CORP.;
THE BEAR STEARNS COMPANIES INC.: and
BEAR, STEARNS & CO. INC.

Dated: October 26, 2007