# EXHIBIT J

FWP 1 dfwp.htm FINAL TERM SHEET

Filed Pursuant to Rule 433
Registration No. 333-132469
333-132469-01
333-132469-02
December 11, 2006

**Prudential Financial**

PRUDENTIAL FINANCIAL, INC.
FINAL TERM SHEET

**$750,000,000 5.70% Medium-Term Notes, Series D, due December 14, 2036**

| | |
|---|---|
| Issuer: | Prudential Financial Inc. |
| Security: | 5.70% Medium-Term Notes, Series D, due December 14, 2036 |
| Size: | $750,000,000 |
| Trade Date: | December 11, 2006 |
| Maturity Date: | December 14, 2036 |
| Coupon: | 5.70% per annum |
| Interest Payment Dates: | Semi-Annually on each June 14 and December 14 of each year, commencing June 14, 2007 and ending on the Maturity Date |
| Price to Public: | 99.473% |
| All-in Price: | 98.723% |
| Net Proceeds: | $740,422,500 |
| Spread to Benchmark Treasury: | + 110 bp |
| Benchmark Treasury: | US Treasury 4.50% due February 15, 2036 |
| Benchmark Treasury Yield: | 4.637% |
| Re-offer Yield: | 5.737% |
| Settlement Date: | December 14, 2006 |
| CUSIP: | 74432Q AQ8 |
| Anticipated Ratings: | A3 (Moody's) / A (Standard & Poor's) / A (Fitch) |
| Day Count Convention: | 30/360 |
| Denominations: | Minimum denominations of $1,000 with increments of $1,000 thereafter |
| Joint Book-Running Managers: | Citigroup Global Markets Inc., Deutsche Bank Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| Co-Managers: | Senior Co-Managers: Credit Suisse Securities (USA) LLC, J.P. Morgan Securities Inc., UBS Securities LLC |
| | Junior Co-Managers: BMO Capital Markets Corp., BNY Capital Markets, Inc., HSBC Securities (USA) Inc., Lazard Capital Markets |

Filed pursuant to Rule 424(b)(2)
Registration Statement Nos. 333-132469
333-132469-01
333-132469-02

**Prospectus Supplement**
(To Prospectus dated March 16, 2006)

# Prudential Financial

# Prudential Financial, Inc.

## *Medium-Term Notes, Series D*
*Due One Year or More from Date of Issue*

We may offer from time to time our medium-term notes as a class of our debt securities entitled Medium-Term Notes, Series D. The following terms may apply to the notes:

- Mature one year or more from the date of issue;
- Fixed or floating interest rate, or issued with original issue discount; a floating interest rate may be based on one or more of the following base rates plus or minus a spread or spread multiplier:
  - CD rate,
  - commercial paper rate,
  - CMT rate,
  - LIBOR,
  - prime rate,
  - treasury rate,
  - eleventh district cost of funds rate,
  - federal funds rate or
  - another rate set forth in a pricing supplement;
- Amount of principal or interest may be determined by reference to an index or formula;
- May be book-entry form only;
- Not subject to redemption at our option or repayment at the option of the holder unless otherwise specified in the applicable pricing supplement;
- May be issued as amortizing notes;
- Interest on fixed rate notes and floating rate notes will be paid on the dates specified in the pricing supplement; and
- Minimum denominations of $1,000 and integral multiples of $1,000.

We will specify the final terms for each note in the applicable pricing supplement, which may differ from the terms described in this prospectus supplement. We and any agent may also provide you with other information relating to an offering of the notes, which we refer to as "other offering material".

See " Risk Factors " beginning on page S-5 to read about factors you should consider before investing in any notes.

Neither the Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus supplement, the accompanying prospectus or any pricing supplement. Any representation to the contrary is a criminal offense.

Unless otherwise specified in the applicable pricing supplement, the price to the public for the notes will be 100% of their principal amount. We will pay to the applicable agent a commission, which may be in the form of discount or otherwise, to be specified in the applicable pricing supplement.

We are offering the notes on a continuing basis to or through the agents listed below acting as principal or agent. We may also sell the notes other than to or through the agents listed below.

We may use this prospectus supplement and the accompanying prospectus in the initial sale of any note. In addition, we or any of our affiliates may use this prospectus supplement in a remarketing or other resale transaction involving any note after its initial

Table of Contents

# AGENTS

We have appointed J.P. Morgan Securities Inc., Banc of America Securities LLC, Bear, Stearns & Co. Inc., Citigroup Global Markets Inc., Deutsche Bank Securities Inc., Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. Incorporated, Lehman Brothers Inc., UBS Securities LLC and Wachovia Capital Markets, LLC as the agents for the offering of the notes.

# USE OF PROCEEDS

We intend to use the net proceeds from the sales of notes for the purpose of making loans to our affiliates and for other general corporate purposes.

We will receive the net proceeds only from sales of the notes made in connection with their original issuance. We have not received, and do not expect to receive, any proceeds from resales of the notes by any of the agents named on the cover of this prospectus supplement or any of our affiliates in remarketing or other resale transactions.

# DESCRIPTION OF THE NOTES

*Investors should carefully read the description of the terms and provisions of our debt securities and our senior debt securities indenture under "Description of Debt Securities We May Offer" in the accompanying prospectus. That section, together with this prospectus supplement and the applicable pricing supplement, summarizes all the material terms of our senior debt securities indenture and your note. They do not, however, describe every aspect of our senior debt securities indenture and your note. For example, in this section entitled "Description of the Notes," the accompanying prospectus and the applicable pricing supplement, we use terms that have been given special meanings in our senior debt securities indenture, but we describe the meanings of only the more important of those terms.*

## General

### *How the Notes Rank Against Our Other Debt*

We will issue the notes, and they will be our direct, unsubordinated and unsecured debt obligations. The notes will rank *pari passu* among themselves and with all our other unsecured and unsubordinated indebtedness from time to time outstanding.

### *We May Issue Notes With Different Terms*

We may, from time to time, issue notes with terms and provisions that differ from those described in this prospectus supplement. In such event, the terms and provisions of those notes will be set forth in the applicable notes and related pricing supplement, which terms will supersede the description of the notes contained in this prospectus supplement to the extent they are inconsistent. The description of certain provisions of the notes set forth below does not purport to be complete and is subject to, and qualified in its entirety by reference to, the specific terms and provisions of the notes.

## Table of Contents

Filed Pursuant to Rule 424(B)(4)

File Number: 333-132416

**PROSPECTUS SUPPLEMENT**
**(To prospectus dated March 14, 2006)**



**Lincoln National Corporation**

### $800,000,000
# Lincoln National Corporation
### 7% CAPITAL SECURITIES DUE 2066

This is an offering by Lincoln National Corporation of $800,000,000 of its 7% Capital Securities due 2066, which we refer to as the "capital securities." The capital securities are junior subordinated debentures issued by Lincoln National Corporation under a junior subordinated indenture. Interest on the capital securities will accrue from the issue date until May 17, 2016 at a fixed rate equal to 7% per year. Such fixed interest rate on the capital securities will be payable in arrears semi-annually on May 17 and November 17 of each year, commencing on November 17, 2006, subject to our right to defer interest payments as described in this prospectus supplement under "Description of the Capital Securities." From May 17, 2016 until maturity, interest on the capital securities will be payable quarterly in arrears on February 17, May 17, August 17 and November 17 of each year, at an annual rate of 3-month LIBOR plus a margin equal to 2.3575%, subject to our right to defer interest payments as described in this prospectus supplement under "Description of the Capital Securities."

We may redeem the capital securities in whole or in part at their aggregate principal amount, together with any accrued and unpaid interest, on or after May 17, 2016 for cash in an amount equal to 100% of the principal amount of the capital securities to be redeemed, plus accrued and unpaid interest, together with any compounded interest, on the capital securities to the date of redemption, which amount we refer to as the "par redemption amount."

Prior to May 17, 2016, we may redeem the capital securities at our option, including, but not limited to, upon the occurrence of a "tax event," as defined in this prospectus supplement, in whole but not in part, for cash in an amount equal to the greater of the par redemption amount and a specified "make-whole" redemption amount. See "Description of the Capital Securities—Redemption."

The capital securities will be issued in denominations of $2,000 and integral multiples of $1,000, will be our junior subordinated unsecured obligations and will rank junior to our existing senior indebtedness, as defined in this prospectus supplement, and any other senior indebtedness that we or any of our subsidiaries incur in the future, including our recent offering of $500,000,000 aggregate principal amount of Floating Rate Senior Notes due 2009 and $500,000,000 aggregate principal amount of 6.15% Senior Notes due 2036 (collectively, the "senior notes"). The capital securities will rank pari passu with our recent offering of $275,000,000 6.75% Capital Securities due 2066.

As further described in this prospectus supplement, if we have optionally deferred interest payments for a period of more than five consecutive years or if we have failed to satisfy certain financial tests, which failure we refer to as a "trigger event," we will be required to make commercially reasonable efforts to sell qualifying securities (as described herein) and to pay interest on the capital securities only from the net proceeds of those sales. An event of default will occur if non-payment of interest, due to an optional deferral or otherwise, continues for 10 consecutive years without all accrued and unpaid interest (including compounded interest) having been paid in full. In certain events of our bankruptcy, insolvency or receivership prior to the maturity or redemption of any capital securities, whether voluntary or not, a holder of capital securities will have no claim for interest that is unpaid as a result of certain consequences of a trigger event (including compounded interest thereon) and has not been settled through the application of the alternative coupon satisfaction mechanism (as described herein) to the extent the amount of such interest exceeds 25% of the then outstanding principal amount of such holder's capital securities. The capital securities will not be subject to redemption at the option of the holder or to any sinking fund

## Table of Contents

| | |
|---|---|
| | which we are required to use the alternative coupon satisfaction mechanism and (ii) designated by us at or before the time of such issuance as available to pay interest on the capital securities will, at the time such proceeds are delivered to the subordinated indenture trustee to satisfy the relevant interest payment, be deemed to satisfy our obligations to pay interest on the capital securities pursuant to the alternative coupon satisfaction mechanism. |
| Payment Restrictions | On any date on which accrued interest through the most recent interest payment date has not been paid in full, whether because of an optional deferral, the consequences of a trigger event or otherwise, we will not, and will not permit any subsidiary to, declare or pay any dividends or any distributions on, or make any payments of interest, principal or premium, or any guarantee payments on, or redeem, purchase, acquire or make a liquidation payment on, any of our capital stock, debt securities that rank equal or junior to the capital securities or guarantees that rank equal or junior to the capital securities, other than pro rata payments on debt securities that rank equally with the capital securities and except for certain exceptions detailed in "Description of the Capital Securities—Certain Restrictions during Optional Deferral Periods or Following a Trigger Event." |
| Subordination | The payment of principal of and interest on the capital securities, to the extent provided in the subordinated indenture, will be subordinated to the prior payment in full of all present and future senior indebtedness, as described in "Description of the Capital Securities—Subordination," and will be effectively subordinated to all indebtedness of our subsidiaries. |
| | The subordinated indenture places no limitation on the amount of additional senior indebtedness that we may incur. We expect from time to time to incur additional indebtedness constituting senior indebtedness. The capital securities will rank senior in right of payment to our present and future preferred stock. |
| Limitation on Claims in the Event of Our Bankruptcy, Insolvency or Receivership | In certain events of our bankruptcy, insolvency or receivership prior to the maturity or redemption of any capital securities, whether voluntary or not, a holder of capital securities will have no claim for, and thus no right to receive, interest that is unpaid as a result of certain consequences of a trigger event (including compounded interest thereon) and has not been settled through the application of the alternative coupon satisfaction mechanism to the extent the amount of such interest exceeds 25% of the then outstanding principal amount of such holder's capital securities. Such holder will have a claim for such unpaid interest that does not exceed 25% of the then outstanding principal amount of such holder's capital securities. |