UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
NAVIGATOR CAPITAL PARTNERS, L.P., on            :   No. 07 CIV 7793
behalf of itself and all others similarly situated,   :
:
Plaintiff,                                      :
:
- against -                                     :
:
BEAR STEARNS ASSET MANAGEMENT,                  :
BEAR, STEARNS SECURITIES CORP.,                 :
THE BEAR STEARNS COMPANIES INC.,                :
BEAR, STEARNS & CO. INC., RALPH                 :
CIOFFI, RAYMOND MCGARRIGAL AND                  :
MATTHEW TANNIN,                                 :
:
Defendants,                                     :
:
- and -                                         :
:
BEAR STEARNS HIGH-GRADE STRUCTURED              :
CREDIT STRATEGIES, L.P.,                        :
:
Nominal Defendant.                              :
:
-------------------------------------------------------------------x

### DECLARATION OF MATTHEW TANNIN
### IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO
### PLAINTIFF'S MOTION TO REMAND

I, Matthew Tannin, hereby declare pursuant to 28 U.S.C. § 1746:

1.  I am a Senior Managing Director at Bear Stearns Asset Management ("BSAM"). I am one of the named Defendants in this action. I make this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Remand. The contents of this declaration are based upon my personal knowledge.

2. I have served as a member of the management team of Bear Stearns High Grade Structured Credit Strategies Master Fund, Ltd. (the "Master Fund") since its inception in September 2003.

3. I have reviewed BSAM business records detailing positions held by the Master Fund as of three different dates: (a) August 1, 2006, (b) December 31, 2006, and (c) April 30, 2007. I have also reviewed the declaration of Robert Ervin, dated August 28, 2007 (the "Ervin Declaration").

4. Based upon my knowledge of investments held by the Master Fund, I believe that the equity positions identified in the Ervin Declaration were held as hedges against risks associated with long positions that the Master Fund held in structured finance securities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2007.

_____
Matthew Tannin