UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

NAVIGATOR CAPITAL PARTNERS, L.P., on behalf of itself and all others similarly situated,

    Plaintiff,

- against -

BEAR STEARNS ASSET MANAGEMENT, BEAR, STEARNS SECURITIES CORP., THE BEAR STEARNS COMPANIES INC., BEAR, STEARNS & CO. INC., RALPH CIOFFI, RAYMOND MCGARRIGAL AND MATTHEW TANNIN,

    Defendants,

- and -

BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,

    Nominal Defendant.

-----------------------------------------------------------------------x

No. 07 CIV. 7783

## DECLARATION OF ROBERT ERVIN
## IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

I, Robert Ervin, hereby declare, pursuant to 28 U.S.C. § 1746:

1.    Since July 2004, I have been employed by Bear Stearns Asset Management ("BSAM") and, since December 2005, I have worked as an Associate Director at BSAM. As part of my role at BSAM, I oversee accounting and financial reporting functions for the Bear Stearns High-Grade Structured Credit Strategies Master Fund, Ltd. (the "Master Fund"), and for the Bear Stearns High-Grade Structured Credit Strategies, L.P. (the "Domestic Feeder Fund"). The Master Fund received money for investments from various so-called feeder

funds, including the Domestic Feeder Fund. I previously submitted a declaration in this action, dated August 29, 2007. Since submitting that declaration, I have reviewed additional records of BSAM and Bear, Stearns & Co. Inc. ("BS&Co."). The contents of this declaration are based upon my personal knowledge and upon my review of these additional BSAM and BS&Co. records; information available through the Bloomberg Terminal and the Bloomberg Excel Add-In relating to the debt securities identified below; and information available through the website of the New York Stock Exchange ("NYSE") relating to the debt securities identified below.

2.    I have identified the following debt securities that were held by the Master Fund on August 1, 2006, with the following market values, listed on the NYSE:

    A.    Wachovia Capital Trust III 5.8—$81,028,608.

    B.    U.S. Bancorp Capital IX 6.189—$43,946,497.

3.    I have identified the following debt security that was held by the Master Fund on August 1, 2006, with the following market value, issued by a publicly-held corporation whose equity securities are listed on the NYSE:

    A.    Lincoln National Corp. 7—$9,641,783.

4.    I have identified the following debt securities that were held by the Master Fund on December 31, 2006, with the following market values, listed on the NYSE:

    A.    Wachovia Capital Trust III 5.8— $77,913,833.

    B.    U.S. Bancorp Capital IX 6.189—$45,257,532.

    C.    Suntrust Capital VIII 6.1—$39,303,131.

5.    I have identified the following debt securities that were held by the Master Fund on April 30, 2007, with the following market values, listed on the NYSE:

    A.    Wachovia Capital Trust III 5.8—$112,315,783.

   B. U.S. Bancorp Capital IX 6.189—$45,536,509.

   C. Suntrust Capital VIII 6.1—$38,548,498.

6. I have identified the following debt security that was held by the Master Fund on April 30, 2007, with the following market value, issued by a publicly-held corporation whose equity securities are listed on the NYSE:

   A. Prudential Financial Inc. 5.7—$21,299,683—NYSE.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed on October 25, 2007.

        _____
        Robert Ervin