# ENTWISTLE & CAPPUCCI LLP
### ATTORNEYS AT LAW
280 PARK AVENUE
26TH FLOOR WEST
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 894-7200
TELECOPIER: (212) 894-7272
www.entwistle-law.com

ARMONK, NY
AUSTIN, TX
CHICAGO, IL

FLORHAM PARK, NJ
TALLAHASSEE, FL
WASHINGTON, DC

February 1, 2008

*[Handwritten: Adjourned to March 19, 2008, 3:00 pm so ordered 2-5-08 /s/ AKH]*

**BY FACSIMILE**
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Navigator Capital Partners, L.P. v. Bear Stearns Asset Management et al.*,
07-cv-07783 (AKH) (DFE)

Dear Judge Hellerstein:

Oral argument on Plaintiff's Motion to Remand is currently scheduled for February 19, 2008 at 4:00 p.m. Due to a scheduling conflict, Plaintiff respectfully requests that oral argument be adjourned to March 13, 2008 at 3:00 p.m. All counsel consent, and Your Honor's Clerk has advised that the Court is available at this date and time.

There have been no previous requests for an adjournment, and no dates are scheduled other than oral argument on Plaintiff's Motion to Remand.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

Michael Rosner

Michael H. Rosner

MHR/jr

cc: All Counsel of Record