UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NAVIGATOR CAPITAL PARTNERS, L.P., on behalf of itself and all others similarly situated,

    Plaintiff,

- against -

BEAR STEARNS ASSET MANAGEMENT, BEAR, STEARNS SECURITIES CORP., THE BEAR STEARNS COMPANIES INC., BEAR, STEARNS & CO. INC., RALPH CIOFFI, RAYMOND MCGARRIGAL AND MATTHEW TANNIN,

    Defendants,

- and -

BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,

    Nominal Defendant.

-----------------------------------------------------------------x

No. 07 Civ. 7783 (AKH)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Ariel B. Waldman hereby appears on behalf of Bear Stearns Asset Management, Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., and Bear, Stearns & Co. Inc. as counsel, along with Charles C. Platt, Peter K. Vigeland and Daniel C. Richenthal. The undersigned hereby certifies that he is admitted to practice in this Court.

Dated: February 22, 2008

                                          By:/   /s/ Ariel Waldman
                                                 Ariel Waldman
                                                 WILMER CUTLER PICKERING HALE AND DORR LLP
                                                 1875 Pennsylvania Avenue NW
                                                 Washington, DC 20006
                                                 (202) 663-6063

ariel.waldman@wilmerhale.com

Attorneys for Defendants
BEAR STEARNS ASSET MANAGEMENT;
BEAR, STEARNS SECURITIES CORP.;
THE BEAR STEARNS COMPANIES INC.: and
BEAR, STEARNS & CO. INC.

**By ECF to:**

Andrew J. Entwistle
Johnston de Forest Whitman, Jr.
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, New York 10017
(212) 894-7200
aentwistle@entwistle-law.com
jwhitman@entwistle-law.com

*Attorneys for Plaintiff*
*NAVIGATOR CAPITAL PARTNERS, L.P.*

Edward J.M. Little
Jason A. Masimore
Marc. A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
little@hugheshubbard.com
masimore@hugheshubbard.com
weinstein@hugheshubbard.com

*Attorney for Defendant*
*RALPH CIOFFI*

Catherine L. Redlich
DRISCOLL & REDLICH
521 Park Avenue, Suite 3300
New York, New York 10175
(212) 986-4030
credlich@driscollredlich.com

*Attorney for Defendant*
*RAYMOND MCGARRIGAL*

Nina M. Beattie
Theresa M. Trzaskoma
BRUNE & RICHARD LLP
80 Broad Street
New York, New York 10004
(212) 668-1900
ttrzaskoma@bruneandrichard.com
nbeattie@bruneandrichard.com

*Attorneys for Defendant*
*MATTHEW TANNIN*


**By U.S. Mail to:**

Douglas R. Hirsch
SADIS & GOLDBERG LLP
551 Fifth Avenue
21st Floor
New York, New York 10176
(212) 947-3793

*Attorneys for Plaintiff*
*NAVIGATOR CAPITAL PARTNERS, L.P.*