UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

NAVIGATOR CAPITAL PARTNERS, L.P. on
behalf of itself and all others similarly situated,

                          Plaintiff,

    -against-

BEAR STEARNS ASSET MANAGEMENT,
BEAR, STEARNS SECURITIES CORP., THE
BEAR STEARNS COMPANIES, INC., BEAR,
STEARNS & CO., INC., RALPH CIOFFI,
RAYMOND MCGARRIGAL AND MATTHEW
TANNIN,

                         Defendants.

    -and-

BEAR STEARNS HIGH-GRADE STRUCTURED
CREDIT STRATEGIES, L.P.,

               Nominal Defendant.

------------------------------------------------------------- x

**SUMMARY ORDER**

07 Civ. 7783 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

ALVIN K. HELLERSTEIN, U.S.D.J.:

On March 26, 2008, the parties appeared before me for oral argument on

plaintiff's motion to remand to the Supreme Court of the State of New York. For the reasons

stated on the record, plaintiff's motion to remand is granted. Plaintiff's motion for attorney's

fees and costs is denied. The Clerk shall mark the case as closed.

SO ORDERED.

Dated:    March 27, 2008
        New York, New York

                              ALVIN K. HELLERSTEIN
                              United States District Judge