S.D.N.Y.
07-cv-7783
Hellerstein, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of June, two thousand eight,

Present:

    Hon. Joseph M. McLaughlin,
    Hon. Debra Ann Livingston,
        *Circuit Judges*,
    Hon. Nina Gershon,*
        *District Judge*.



Navigator Capital Partners, L.P.,

    *Plaintiff-Respondent*,

v.                                                                                   08-1658-mv

Bear Stearns Asset Management, Bear Stearns
Companies, Inc., Bear, Stearns & Co., Inc.,
Ralph Cioffi, Raymond McGarrigal, Matthew Tannin,

    *Defendants-Petitioners*.

Petitioners, through counsel, move, pursuant to 28 U.S.C. § 1453(c), for leave to appeal the district court's order granting Respondent's motion to remand to state court. Upon due consideration, it is hereby ORDERED that the petition for leave to appeal is GRANTED, the district court's remand order is reversed, and the case is remanded to the United States District Court for the Southern District of New York for further proceedings. *See Estate of Pew v. Cardarelli*, ___ F.3d ___, No. 06-5703-mv (2d Cir. May 13, 2008).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk


A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by ____

By: ____

*Honorable Nina Gershon, of the United States District Court for the Eastern District of New York, sitting by designation.

SAO-CMD

—ISSUED AS MANDATE:   7/2/08   —

