UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――― x

NAVIGATOR CAPITAL PARTNERS, L.P., on behalf of itself and all others similarly situated,

              Plaintiff,

           - against -

BEAR STEARNS ASSET MANAGEMENT INC., BEAR, STEARNS SECURITIES CORP., THE BEAR STEARNS COMPANIES INC., BEAR, STEARNS & CO. INC., RALPH CIOFFI, RAYMOND MCGARRIGAL and MATTHEW TANNIN,

             Defendants,

           - and -

BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,

            Nominal Defendant.
―――――――――――――――――――――――――――― x

No. 07 Civ. 7783 (AKH)

Notice of Appearance

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendants Bear Stearns Asset Management Inc., Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., and Bear, Stearns & Co. Inc. (together, the "Bear Stearns Defendants").

      The undersigned is admitted to practice before this Court.

Dated: New York, New York
       July 10, 2008

Respectfully submitted,

Kramer Levin Naftalis & Frankel LLP

By:      /s/ Barry H. Berke
       Barry H. Berke
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for the Bear Stearns Defendants

KL3 2666813.2