UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

NAVIGATOR CAPITAL PARTNERS, L.P., on  :
behalf of itself and all others similarly situated,

                                         :

                 Plaintiff,

                                          :

                 - against -

                                          :     No. 07 Civ. 7783 (AKH)

BEAR STEARNS ASSET MANAGEMENT INC.,
BEAR, STEARNS SECURITIES CORP., THE  :
BEAR STEARNS COMPANIES INC., BEAR,
STEARNS & CO. INC., RALPH CIOFFI,  :     <u>Notice of Appearance</u>
RAYMOND MCGARRIGAL and MATTHEW
TANNIN,  :

                 Defendants,              :

                       - and -                       :

BEAR STEARNS HIGH-GRADE STRUCTURED  :
CREDIT STRATEGIES, L.P.,

                                          :

             Nominal Defendant.

——————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

           PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendants Bear Stearns Asset Management Inc., Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., and Bear, Stearns & Co. Inc. (together, the "Bear Stearns Defendants").

           The undersigned is admitted to practice before this Court.

Dated:  New York, New York         Respectfully submitted,
        July 10, 2008

                                      Kramer Levin Naftalis & Frankel LLP

                                      By:     <u>/s/ Stephen M. Sinaiko</u>
                                              Stephen M. Sinaiko
                                    1177 Avenue of the Americas
                                    New York, New York   10036
                                    (212) 715-9100

                                    Attorneys for the Bear Stearns Defendants