# CERTIFICATE OF SERVICE

On August 13, 2008, I caused true and correct copies of Plaintiff's Amended Class Action and Verified Derivative Complaint to be served by First Class Mail upon counsel for the parties listed below.

                                                                                         /s/ Joshua Porter
                                                                                        Joshua K. Porter, Esq.
                                                                                        Entwistle & Cappucci LLP

Keri A. Law, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036
*Attorneys for Defendants Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., Bear, Stearns & Co. Inc. and Bear Stearns Asset Management Inc.*

Catherine L. Redlich, Esq.
Driscoll & Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
*Attorneys for Defendant Raymond McGarrigal*

Edward J.M. Little, Esq.
Jason A. Masimore, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
*Attorneys for Defendant Ralph Cioffi*

Nina M. Beattie, Esq.
Theresa M. Trzaskoma, Esq.
Brune & Richard LLP
80 Broad Street, 30th Floor
New York, New York 10004
*Attorneys for Defendant Matthew Tannin*