# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1890

August 20, 2008



FIC, L.P. v. Bear Stearns Asset Management Inc.,
No. 07 Civ. 11633 (AKH) ("FIC")

Navigator Capital Partners, L.P. v. Bear Stearns Asset
Management Inc., No. 07 Civ. 7783 (AKH) ("Navigator")

Varga v. The Bear Stearns Companies, Inc.,
No. 08 Civ. 3397 (AKH) ("Varga")

Dear Judge Hellerstein:

    We represent Deloitte & Touche LLP ("Deloitte") in the Varga case. Deloitte is not a defendant in FIC or Navigator. I write to ask that the Court reschedule the conference currently set for Tuesday, September 2, 2008, at 3:00 p.m., to either the afternoon of Monday, September 8 or anytime on Friday, September 12. The reason for this request is that I am obligated to attend long-scheduled depositions in another case in Florida on September 2, 3 and 4. All parties consent to rescheduling the conference. We are informed that counsel for all parties can attend the conference at the proposed times.

    We understand from the defendants in FIC that the Court has already directed that the motions to dismiss in that case (which had been due tomorrow for the Bear Stearns Entities and next week for the Individual Defendants) be made due after the conference, on a date to be determined at the conference. Similarly, I also request, with consent of the other Varga defendants, that the Varga motions to dismiss currently due on Tuesday, September 9, be made due after the conference, on a date to be determined at the conference. This will enable the Court and parties to discuss, at the conference, coordination and scheduling issues that might affect all motions to dismiss. The Varga

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

FROM CRAVATH SWAINE & MOORE LLP                    (WED) 8. 20'08 15:49/ST. 15:42/No. 4861175967 P 5
Case 1:07-cv-07783-AKH    Document 31    Filed 08/25/2008    Page 2 of 3

2

plaintiffs have informed us that they oppose rescheduling the motions to dismiss in their case.

Respectfully,

Max R. Shulman

The Honorable Alvin K. Hellerstein
   United States District Court
     for the Southern District of New York
       Daniel Patrick Moynihan United States Courthouse
        500 Pearl Street, Room 1050
        New York, NY 10007

BY FACSIMILE

Copies to:

Robert A. Nicholas, Esq.
   Reed Smith, LLP
      599 Lexington Avenue
        New York, NY 10022

Attorneys for Plaintiffs Geoffrey Varga, William Cleghorn, Stillwater Capital Partners L.P., and Essex Fund Limited

Stephen D. Oestreich, Esq.
   Entwistle & Cappucci
      280 Park Avenue
        26th Floor West
        New York, NY 10017

Attorneys for Plaintiff Navigator Capital Partners L.P.

James S. Notis, Esq.
   Gardy & Notis, LLP
      440 Sylvan Avenue, Suite 110
        Englewood Cliffs, NJ 07632

Attorneys for Plaintiff FIC L.P.

FROM CRAVATH SWAINE & MOORE LLP    Case 1:07-cv-07783-AKH   Document 31   (WED) 8. 20' 08 15:45/ST. 15:42/NO. 4861115967 P 6   Filed 08/25/2008   Page 3 of 3

3

Barry H. Berke, Esq.
   Kramer Levin Naftalis & Frankel LLP
   1177 Avenue of the Americas
   New York, NY 10036

Attorneys for Defendants The Bear Stearns Companies, Inc., Bear Stearns Asset Management, Inc., Bear Stearns & Co. Inc., George Buxton, Barry Cohen, Gerald Cummins, Michael Guarasci, Greg Quental and David Sandelovsky

Marc A. Weinstein, Esq.
   Hughes Hubbard & Reed LLP
   One Battery Park Plaza
   New York, NY 10004

Attorneys for Defendant Ralph Cioffi

Catherine L. Redlich, Esq.
   Driscoll & Redlich
   521 Fifth Avenue, Suite 3300
   New York, NY 10175

Attorneys for Defendant Raymond McGarrigal

Nina M. Beattie, Esq.
   Brune & Richard LLP
   80 Broad Street
   New York, NY 10004

Attorneys for Defendant Matthew Tannin

Richard Martin, Esq.
   Orrick, Herrington & Sutcliffe LLP
   666 Fifth Avenue
   New York, NY 10103

Attorneys for Defendant Deloitte & Touche Cayman

Michael A. Collora, Esq.
   Dwyer & Collora LLP
   600 Atlantic Avenue, 12th Floor
   Boston, MA 02210-2211

Attorneys for Defendants Walkers Fund Services Ltd., Scott Lennon and Michele Wilson-Clarke

BY FACSIMILE AND EMAIL