UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NAVIGATOR CAPITAL
PARTNERS, L.P..,                                    CASE NO. 07 Civ. 07783 (AKH)
               Plaintiff(s),

       -against-

BEAR STEARNS ASSET
MANAGEMENT, INC., ET AL.,                           **AFFIDAVIT OF SERVICE**
               Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK     )
                      s.s :
COUNTY OF NEW YORK    )

    BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 18th day of August, 2008, at approximately 11:56 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; PLAINTIFF'S RULE 7.1 STATEMENT; JUDGE'S RULES; ECF RULES & INSTRUCTIONS and FIRST AMENDED CLASS ACTION AND VERIFIED DERIVATIVE COMPLAINT** upon David G. Sandelovsky c/o Kramer, Levin Naftalis & Frankel LLP- Attention: Kerri A. Law, Esq. (Attorney for the defendant) at 1177 Avenue of the Americas, New York, New York by personally delivering and leaving the same with Jennifer D. Vargas, Law Clerk, who stated that she is authorized to accept service.

    Jennifer D. Vargas is an olive-skinned Hispanic female, approximately 22 years of age, is approximately 5 feet and 3 inches tall, weighs approximately 150 pounds, with long light brown hair and dark eyes.

Sworn to before me this
19th day of August, 2008

                                          BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
**Qualified in New York County**
**Commission expires February 3, 2010**