UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                                USDC SDNY
                                                DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC #.
                                                DATE FILED: 9/10/08
```

NAVIGATOR CAPITAL PARTNERS, L.P. on behalf    )
of itself and all others similarly situated,  )
                                              )
                        Plaintiff,            )
                                              )
                                              )
          -against-                           )
                                              )   No. 07 Civ. 07783 (AKH)
BEAR STEARNS ASSET MANAGEMENT INC.,           )
BEAR, STEARNS SECURITIES CORP., THE BEAR      )
STEARNS COMPANIES INC., BEAR, STEARNS &       )
CO. INC., RALPH CIOFFI, RAYMOND               )
MCGARRIGAL, MATTHEW TANNIN, BARRY             )   **MOTION TO ADMIT**
COHEN, GERALD CUMMINS, DAVID                  )   **MICHAEL A. COLLORA,**
SANDELOVSKY, GREGORY QUENTAL, SCOTT           )   **MICHAEL B. GALVIN,**
LENNON, MICHELLE WILSON-CLARKE, AND           )   **JUSTIN P. O'BRIEN AND**
WALKERS FUND SERVICES LIMITED,                )   **AMY B. AUTH AS**
                                              )   **COUNSEL PRO HAC**
                        Defendants,           )   **VICE**
                                              )
                                              )
                                              )
          -and-                               )
                                              )
BEAR STEARNS HIGH-GRADE STRUCTURED            )
CREDIT STRATEGIES, L.P.,                      )
                                              )
                        Nominal Defendant.    )
                                              )
                                              )

So Ordered
9-9-08
[signature]

Defendants Scott Lennon, Michelle Wilson-Clarke and Walkers Fund Services Limited

(hereinafter referred to as the "Walkers' defendants") hereby seek to admit Michael A. Collora,

Michael B. Galvin, Justin P. O'Brien and Amy B. Auth as counsel pro hac vice for them in the

above action. In support of this motion, proposed counsel for the Walkers' defendants state as

follows:

1.       Michael A. Collora, Michael B. Galvin, Justin P. O'Brien and Amy B. Auth were

admitted on August 25, 2008 Pro Hac Vice to represent, Scott Lennon, Michelle Wilson-Clarke

and Walkers Fund Services Limited, in the matter, Geoffrey Varga, et al. v. The Bear Stearns

Companies, Inc., et al., case number 08-cv-03397(AKH) (hereinafter referred to as "Varga").

2.       Both matters have a similar set of core facts and common defendants.

3.       The Varga matter has been consolidated with the Navigator matter for purposes of

discovery.

4.       It would be efficient for the Walkers' defendants to have the same counsel in

Navigator as in Varga.

WHEREFORE, Defendants Scott Lennon, Michelle Wilson-Clarke and Walkers Fund

Services Limited, respectfully request this Court to issue an order granting the admission of

Michael A. Collora, Michael B. Galvin, Justin P. O'Brien and Amy B. Auth Pro Hac Vice.


DATED: New York, New York
            September 8, 2008


                                        Respectfully submitted
                                        By Proposed Counsel for
                                        Scott Lennon, et al.,



                                        _Michael A Collora_____
                                        Michael A. Collora (BBO No. 092940)
                                        Michael B. Galvin (BBO No. 630515)
                                        Justin P. O'Brien (BBO No. 658765)
                                        Amy B. Auth (BBO No. 654010)
                                        DWYER & COLLORA, LLP
                                        600 Atlantic Avenue
                                        Boston, MA  02210
                                        Telephone Number: (617) 371-1000
                                        Fax Number: (617) 371-1037


2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Motion to Admit Michael A. Collora,

Michael B. Galvin, Justin P. O'Brien and Amy B. Auth as Counsel Pro Hac Vice was served by

hand or first class mail on September 8, 2008 upon counsel of record listed below.

_____
Michael A. Collora

Andrew J. Entwistle
Johnston de Forest Whitman, Jr.
Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY  10017

Barry H. Berke
Kerriann Law
Marjorie E. Sheldon
Stephen Matthew Sinaiko
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

Catherine L. Redlich
Driscoll & Redlich
521 Fifth Avenue, Suite 3300
New York, NY  10175

Nina Minard Beattie
Theresa Marie Trzaskoma
Brune & Richard LLP
80 Broad Street, 30th Floor
New York, NY  10004