UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------ x

NAVIGATOR CAPITAL PARTNERS, L.P., :
on behalf of itself and all others similarly
situated, :

          Plaintiff, :

   - against - :

: No. 07 Civ. 07783 (AKH)

BEAR STEARNS ASSET MANAGEMENT
INC., BEAR, STEARNS SECURITIES :
CORP., THE BEAR STEARNS
COMPANIES INC., BEAR, STEARNS & :
CO. INC., RALPH CIOFFI, RAYMOND
MCGARRIGAL, MATTHEW TANNIN, :
BARRY COHEN, GERALD CUMMINS,
DAVID SANDELOVSKY, GREGORY :
QUENTAL, SCOTT LENNON, MICHELLE
WILSON-CLARKE, AND WALKERS :
FUND SERVICES LIMITED,

          Defendants, :

   - and - :

BEAR STEARNS HIGH-GRADE :
STRUCTURED CREDIT STRATEGIES,
L.P., :

          Nominal Defendant.



------------------------------------------------ x

FIC, L.P., individually, and on behalf of all :
others similarly situated,

          Plaintiff, :

    - against - :

BEAR STEARNS ASSET MANAGEMENT
INC., RALPH CIOFFI, RAYMOND : No. 07 Civ. 11633 (AKH)
MCGARRIGAL, MATTHEW TANNIN,
BEAR, STEARNS SECURITIES CORP., :
THE BEAR STEARNS COMPANIES INC.
and BEAR, STEARNS & CO. INC., :

          Defendants. :

:
------------------------------------------------ x

KL3 2653210.3

|  |  |
|---|---|
| GEOFFREY VARGA and WILLIAM CLEGHORN, as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and as assignees of shares in Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd.; and STILLWATER CAPITAL PARTNERS L.P. and ESSEX FUND LIMITED, individually and derivatively on behalf of Bear Stearns High-Grade Structured Credit Strategies Fund, L.P., and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Fund, L.P., | 08-CV-03397 (AKH) |
| Plaintiffs, | |
| - against - | |
| THE BEAR STEARNS COMPANIES, INC., BEAR STEARNS ASSET MANAGEMENT INC., BEAR STEARNS & CO. INC., RALPH CIOFFI, MATTHEW TANNIN, RAYMOND MCGARRIGAL, GEORGE BUXTON, BARRY JOSEPH COHEN, GERALD R. CUMMINS, DAVID SANDELOVSKY, GREG QUENTAL, MICHAEL ERNEST GUARASCI, DELOITTE & TOUCHE LLP, DELOITTE & TOUCHE (CAYMAN), WALKERS FUND SERVICES LIMITED, SCOTT LENNON AND MICHELE WILSON-CLARKE; and BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES FUND, L.P., AND BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND, L.P., nominal defendants. | |
| Defendants. | |

Stipulation and ~~Proposed~~ Order

- 2 -

**WHEREAS:**

A.  On September 8, 2008, the Court held a conference in the three above-captioned actions and ordered the parties to set forth a stipulation, using the guidelines provided during that conference, concerning coordination of dismissal motions and discovery;

IT IS HEREBY STIPULATED AND AGREED by the parties to these three actions, through their undersigned counsel, as follows:

1.  All defendants shall serve and file motions to dismiss or answers in response to the amended complaints in each of the three actions no later than October 30, 2008;

2.  All plaintiffs shall serve and file opposing papers to the motions to dismiss filed in each of the three actions no later than December 3, 2008;

3.  All defendants shall serve and file reply papers on their dismissal motions in each of the three actions no later than December 19, 2008;

4.  The Court will hold oral argument on the motions to dismiss in the three above-captioned actions on January 7, 2009 at 10:00 AM.

5.  Discovery in each of the three above-captioned actions is stayed until a decision on dismissal motions in each of the three actions (the "Discovery Commencement Date"). Twenty days after the Discovery Commencement Date, any defendant whose motion to dismiss has been denied (in whole or in part) or who has served an answer and plaintiffs shall produce relevant discovery materials and privilege logs.

6.  Discovery requests upon the parties are to be made after the parties have had an opportunity to inspect the materials produced on the Discovery Commencement Date.

Dated: New York, New York
       September 1₂, 2008

| | |
|---|---|
| Entwistle & Cappucci LLP | Reed Smith LLP |
| By: _____<br>Johnston de F. Whitman, Jr.<br>280 Park Avenue, 26th Floor West<br>New York, New York 10017<br>(212) 894-7200 | By: _____<br>Robert A. Nicholas<br>James C. McCarroll<br>Jordan W. Siev<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 521-5400 |
| Douglas R. Hirsch<br>SADIS & GOLDBERG LLP<br>551 Fifth Avenue, 21st Floor<br>New York, New York 10176<br>(212) 947-3793 | Attorneys for Plaintiffs Geoffrey Varga and William Cleghorn, as Joint Voluntary Liquidators, and Stillwater Capital Partners L.P. And Essex Fund Limited |
| Attorneys for Plaintiff Navigator Capital Partners, L.P. | |
| Gardy & Notis, LLP | Grant & Eisenhofer P.A. |
| By: _____<br>James S. Notis<br>440 Sylvan Avenue, Suite 110<br>Englewood Cliffs, New Jersey 07632<br>(201) 567-7377 | By: _____<br>James J. Sabella<br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br>(646) 722-8500 |
| Attorneys for Plaintiff FIC, L.P. | Attorneys for Plaintiff FIC, L.P. |

-4-

KL3 2653210.3

Dated: New York, New York
September __, 2008

| | |
|---|---|
| Entwistle & Cappucci LLP | Reed Smith LLP |
| By: _____<br>Johnston de F. Whitman, Jr.<br>280 Park Avenue, 26th Floor West<br>New York, New York 10017<br>(212) 894-7200 | By: _/s/ _____<br>Robert A. Nicholas<br>James C. McCarroll<br>Jordan W. Siev<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 521-5400 |
| Douglas R. Hirsch<br>SADIS & GOLDBERG LLP<br>551 Fifth Avenue, 21st Floor<br>New York, New York 10176<br>(212) 947-3793 | Attorneys for Plaintiffs Geoffrey Varga and William Cleghorn, as Joint Voluntary Liquidators, and Stillwater Capital Partners L.P. And Essex Fund Limited |
| Attorneys for Plaintiff Navigator Capital Partners, L.P. | |
| Gardy & Notis, LLP | Grant & Eisenhofer P.A. |
| By: _____<br>James S. Notis<br>440 Sylvan Avenue, Suite 110<br>Englewood Cliffs, New Jersey 07632<br>(201) 567-7377 | By: _____<br>James J. Sabella<br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br>(646) 722-8500 |
| Attorneys for Plaintiff FIC, L.P. | Attorneys for Plaintiff FIC, L.P. |

- 4 -

KL3 2653210.3

Dated: New York, New York
       September 12, 2008

| | |
|---|---|
| Entwistle & Cappucci LLP | Reed Smith LLP |
| By: _____<br>     Johnston de F. Whitman, Jr.<br>280 Park Avenue, 26th Floor West<br>New York, New York 10017<br>(212) 894-7200 | By: _____<br>     Robert A. Nicholas<br>     James C. McCarroll<br>     Jordan W. Siev<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 521-5400 |
| Douglas R. Hirsch<br>SADIS & GOLDBERG LLP<br>551 Fifth Avenue, 21st Floor<br>New York, New York 10176<br>(212) 947-3793 | Attorneys for Plaintiffs Geoffrey Varga and William Cleghorn, as Joint Voluntary Liquidators, and Stillwater Capital Partners L.P. And Essex Fund Limited |
| Attorneys for Plaintiff Navigator Capital Partners, L.P. | |
| Gardy & Notis, LLP | Grant & Eisenhofer P.A. |
| By: _____<br>     James S. Notis<br>440 Sylvan Avenue, Suite 110<br>Englewood Cliffs, New Jersey 07632<br>(201) 567-7377 | By: _____/s/ James J. Sabella_____<br>     James J. Sabella<br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br>(646) 722-8500 |
| Attorneys for Plaintiff FIC, L.P. | Attorneys for Plaintiff FIC, L.P. |

-4-

Kramer Levin Naftalis & Frankel LLP

By: /s/ Kerri Ann Law

Kerri Ann Law
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for Defendants Bear Stearns Asset Management Inc., Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., and Bear, Stearns & Co. Inc.

Driscoll & Redlich

By: /s/ Catherine L. Redlich

Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

Attorneys for Defendant Raymond McGarrigal

Hughes Hubbard & Reed LLP

By: _____
Marc A. Weinstein
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendant Ralph Cioffi

Brune & Richard LLP

By: _____
Theresa Trzaskoma
80 Broad Street
New York, New York 10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin

Cravath, Swaine & Moore LLP

By: _____
Max R. Shulman
Stephen V. Potenza
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
(212) 474-1638

Attorneys for Defendant Deloitte & Touche LLP

Orrick, Herrington & Sutcliffe LLP

By: _____
Richard A. Martin
666 Fifth Avenue
New York, New York 10103-0001
(212) 506-5135

Attorneys for Defendant Deloitte & Touche (Cayman Islands)

-5-

Kramer Levin Naftalis & Frankel LLP

By: _____
        Kerri Ann Law
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for Defendants Bear Stearns Asset Management Inc., Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., and Bear, Stearns & Co. Inc.

Driscoll & Redlich

By: _____
        Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

Attorneys for Defendant Raymond McGarrigal

Hughes Hubbard & Reed LLP

By: /s/ Marc A. Weinstein
        Marc A. Weinstein
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendant Ralph Cioffi

Brune & Richard LLP

By: _____
        Theresa Trzaskoma
80 Broad Street
New York, New York 10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin

Cravath, Swaine & Moore LLP

By: _____
        Max R. Shulman
        Stephen V. Potenza
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
(212) 474-1638

Attorneys for Defendant Deloitte & Touche LLP

Orrick, Herrington & Sutcliffe LLP

By: _____
        Richard A. Martin
666 Fifth Avenue
New York, New York 10103-0001
(212) 506-5135

Attorneys for Defendant Deloitte & Touche (Cayman Islands)

KL3 2653210 3

Kramer Levin Naftalis & Frankel LLP

By: _____
        Kerri Ann Law
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for Defendants Bear Stearns Asset Management Inc., Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., and Bear, Stearns & Co. Inc.

Hughes Hubbard & Reed LLP

By: _____
        Marc A. Weinstein
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendant Ralph Cioffi

Cravath, Swaine & Moore LLP

By: _____
        Max R. Shulman
        Stephen V. Potenza
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
(212) 474-1638

Attorneys for Defendant Deloitte & Touche LLP

Driscoll & Redlich

By: _____
        Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

Attorneys for Defendant Raymond McGarrigal

Brune & Richard LLP

By: *[signature]*
        Theresa Trzaskoma
80 Broad Street
New York, New York 10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin

Orrick, Herrington & Sutcliffe LLP

By: _____
        Richard A. Martin
666 Fifth Avenue
New York, New York 10103-0001
(212) 506-5135

Attorneys for Defendant Deloitte & Touche (Cayman Islands)

| | |
|---|---|
| Kramer Levin Naftalis & Frankel LLP | Driscoll & Redlich |
| By: _____<br>Kerri Ann Law<br>1177 Avenue of the Americas<br>New York, New York  10036<br>(212) 715-9100 | By: _____<br>Catherine L. Redlich<br>521 Fifth Avenue, Suite 3300<br>New York, New York  10175<br>(212) 986-4030 |
| Attorneys for Defendants Bear Stearns Asset Management Inc., Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., and Bear, Stearns & Co. Inc. | Attorneys for Defendant Raymond McGarrigal |
| Hughes Hubbard & Reed LLP | Brune & Richard LLP |
| By: _____<br>Marc A. Weinstein<br>One Battery Park Plaza<br>New York, New York  10004<br>(212) 837-6000 | By: _____<br>Theresa Trzaskoma<br>80 Broad Street<br>New York, New York  10004<br>(212) 668-1900 |
| Attorneys for Defendant Ralph Cioffi | Attorneys for Defendant Matthew Tannin |
| Cravath, Swaine & Moore LLP | Orrick, Herrington & Sutcliffe LLP |
| By: /s/ Max R. Shulman<br>Max R. Shulman<br>Stephen V. Potenza<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>(212) 474-1638 | By: _____<br>Richard A. Martin<br>666 Fifth Avenue<br>New York, New York 10103-0001<br>(212) 506-5135 |
| Attorneys for Defendant Deloitte & Touche LLP | Attorneys for Defendant Deloitte & Touche (Cayman Islands) |

Kramer Levin Naftalis & Frankel LLP

By: _____
         Kerri Ann Law
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for Defendants Bear Stearns Asset Management Inc., Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., and Bear, Stearns & Co. Inc.

Hughes Hubbard & Reed LLP

By: _____
         Marc A. Weinstein
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendant Ralph Cioffi

Cravath, Swaine & Moore LLP

By: _____
         Max R. Shulman
         Stephen V. Potenza
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
(212) 474-1638

Attorneys for Defendant Deloitte & Touche LLP

Driscoll & Redlich

By: _____
         Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

Attorneys for Defendant Raymond McGarrigal

Brune & Richard LLP

By: _____
         Theresa Trzaskoma
80 Broad Street
New York, New York 10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin

Orrick, Herrington & Sutcliffe LLP

By: *[signature]*
         Richard A. Martin
666 Fifth Avenue
New York, New York 10103-0001
(212) 506-5135

Attorneys for Defendant Deloitte & Touche (Cayman Islands)

Dwyer & Collora, LLP

By: _____
      Michael Collora
600 Atlantic Avenue, 12th Floor
Boston, MA 02210-2211
(617) 371-1002

Attorneys for Defendants Walkers Fund
Services Limited, Scott Lennon and Michele
Wilson-Clarke

SO ORDERED this 15 day
of September, 2008.

_____
      U.S.D.J.