UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

NAVIGATOR CAPITAL PARTNERS, L.P., on
behalf of itself and all others similarly situated,

                   Plaintiff,

- against -

BEAR STEARNS ASSET MANAGEMENT INC.,
BEAR, STEARNS SECURITIES CORP., THE
BEAR STEARNS COMPANIES INC., BEAR,
STEARNS & CO. INC., RALPH CIOFFI,
RAYMOND MCGARRIGAL, MATTHEW
TANNIN, BARRY COHEN, GERALD
CUMMINS, DAVID SANDELOVSKY,
GREGORY QUENTAL, SCOTT
LENNON, MICHELLE WILSON-CLARKE, AND
WALKERS FUND SERVICES LIMITED,

                   Defendants,

- and -

BEAR STEARNS HIGH-GRADE STRUCTURED
CREDIT STRATEGIES, L.P.,

                 Nominal Defendant.
----------------------------------------------------------x

No. 07 Civ. 7783 (AKH)

**STIPULATION AND ORDER TO CHANGE COUNSEL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/08

**IT IS HEREBY CONSENTED THAT** the law firm of Kramer Levin Naftalis & Frankel LLP, located at 1177 Avenue of the Americas, New York, New York 10036, be substituted as counsel of record for defendants The Bear Stearns Companies Inc., Bear Stearns Asset Management Inc., Bear, Stearns & Co. Inc., and Bear, Stearns Securities Corp. (the "Bear Stearns Defendants"), in the above-entitled action in place and stead of Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale"), 399 Park Avenue, New York, New York 10022, as of the date hereof, and that Wilmer Hale is hereby withdrawing as counsel of record for the Bear Stearns Defendants.

Dated: New York, New York
September 17, 2008

Wilmer Cutler Pickering Hale and Dorr LLP

By: _____
Peter K. Vigeland

399 Park Avenue
New York, New York 10022
(212) 230-8807

Kramer Levin Naftalis & Frankel LLP

By: _____
Stephen M. Sinaiko

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

CONSENTED TO this 12 day
of September, 2008.

The Bear Stearns Companies LLC, *formerly known as*, The Bear Stearns Companies Inc.

By: _____
Name: Anthony J. Horan
Title: Vice President

Bear, Stearns & Co. Inc. and Bear, Stearns Securities Corp.

By: _____
Name: Anthony J. Horan
Title: Managing Director

- 2 -

Dated: New York, New York
September 17, 2008

Wilmer Cutler Pickering Hale and Dorr LLP

By: _____
    Peter K. Vigeland

399 Park Avenue
New York, New York 10022
(212) 230-8807

Kramer Levin Naftalis & Frankel LLP

By: _____
    Stephen M. Sinaiko

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

CONSENTED TO this 12 day
of September, 2008.

The Bear Stearns Companies LLC, *formerly known as*, The Bear Stearns Companies Inc., Bear, Stearns & Co. Inc., and Bear, Stearns Securities Corp.

By: _____
    Name:
    Title:

Bear Stearns Asset Management Inc.,

By: _____ 9/12/08
    Name: ANDREW B. DONNELLAN, JR.
    Title: SENIOR MANAGING DIRECTOR
        & CHIEF LEGAL OFFICER

SO ORDERED this 10 day
of September, 2008.
    Oct

_____
Alvin K. Hellerstein, U.S.D.J.

-2-