# KRAMER LEVIN NAFTALIS & FRANKEL LLP

MARJORIE E. SHELDON
SPECIAL COUNSEL
PHONE 212-715-9502
FAX 212-715-9503
MSHELDON@KRAMERLEVIN.COM



October 28, 2008

BY FAX

The Honorable Alvin K. Hellerstein
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/08

Re: *FIC, L.P. v. Bear Stearns Asset Management Inc., et al.*,
No. 07 Civ. 11633 (AKH) ("*FIC*")

*Navigator Capital Partners, L.P. v. Bear Stearns Asset
Management Inc., et al.*, No. 07 Civ. 7783 (AKH) ("*Navigator*")

*Geoffrey Varga, et al. v. Bear Stearns Asset Management
Inc., et al.*, No. 08 Civ. 3397 (AKH) ("*Varga*")

Dear Judge Hellerstein:

    Pursuant to the scheduling order governing the three above-captioned matters, defendants The Bear Stearns Companies, Inc., Bear Stearns Asset Management Inc., Bear Stearns & Co. Inc., Bear Stearns Securities Corp., Barry Cohen, Gerald Cummins, David Sandelovsky, Greg Quental, Michael Guarasci and George Buxton (the "Bear Stearns Defendants") will be filing a motion to dismiss the complaints in all three actions on October 30, 2008. In support of the Bear Stearns Defendants' motion, we will be submitting a declaration annexing exhibits. When scanned into pdf form, the exhibits are too voluminous to be filed electronically under Rule 23.4 of the Electronic Case Filing Rules and Instructions (the "ECF Rules"). Accordingly, pursuant to Rule 23.6 of the ECF Rules, I write to request Your Honor's permission, in advance the October 30 filing date, to file the declaration and accompanying exhibits in hard copy.

Respectfully submitted,

*Marjorie Sheldon*

Marjorie E. Sheldon

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000   WWW.KRAMERLEVIN.COM
KL3 2683879.1
ALSO AT 47 AVENUE HOCHE   75008 PARIS FRANCE

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

The Honorable Alvin K. Hellerstein
October 28, 2008
Page 2


cc: Nina Beattie, Esq. (by email)
    Michael A. Collora, Esq. (by e-mail)
    Richard A. Martin, Esq. (by e-mail)
    Robert A. Nicholas, Esq. (by e-mail)
    James S. Notis, Esq. (by e-mail)
    Catherine L. Redlich, Esq. (by e-mail)
    James J. Sabella, Esq. (by e-mail)
    Max R. Shulman, Esq. (by e-mail)
    Marc A. Weinstein, Esq. (by e-mail)
    Johnston de F. Whitman, Jr., Esq. (by e-mail)

KL3 2683879.1