UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GEOFFREY VARGA and WILLIAM CLEGHORN, as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and as assignees of shares in Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., *et al.*, | **DEFENDANT CIOFFI'S NOTICE OF MOTION TO DISMISS** |
| Plaintiffs, | No. 08-CV-03397 (AKH) |
| -against- | |
| THE BEAR STEARNS COMPANIES, INC., *et al.*, | |
| Defendants. | |

---

| | |
|---|---|
| FIC, L.P., individually, and on behalf of all others similarly situated, | |
| Plaintiff, | |
| -against- | No. 07-CV-11633 (AKH) |
| BEAR STEARNS ASSET MANAGEMENT INC., *et al.*, | |
| Defendants. | |

---

| | |
|---|---|
| NAVIGATOR CAPITAL PARTNERS, L.P., on behalf of itself and all others similarly situated, | |
| Plaintiff, | |
| -against- | No. 07-CV-07783 (AKH) |
| BEAR STEARNS ASSET MANAGEMENT, *et al.*, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, dated October 30, 2008, defendant Ralph Cioffi will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on January 7, 2009 at 10 a.m. for an order pursuant to Rules 9(b), 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 dismissing the complaints in the above captioned actions and awarding such other relief as the Court may find to be just and equitable.

    Respectfully submitted,

    HUGHES HUBBARD & REED LLP

By:    */s/ Edward J.M. Little*
    Edward J.M. Little
    Lisa A. Cahill
    One Battery Park Plaza
    New York, New York 10004
    Tel: (212) 837-6400
    Fax: (212) 299-6400

*Attorneys for Defendant Ralph Cioffi*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 30, 2008, I caused true and correct copies of Defendant Cioffi's Notice of Motion To Dismiss to be served by ECF to all counsel of record.

                /s/ Jason A. Masimore_____
                Jason A. Masimore