UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
NAVIGATOR CAPITAL PARTNERS, L.P., :
on behalf of itself and all others similarly situated, :
:
                Plaintiff, :
:
              - against - :
:
BEAR STEARNS ASSET MANAGEMENT :
INC., *et al.*, :
:
              Defendants. :
———————————————————— x
FIC, L.P., individually, and on behalf of all others :
similarly situated, :     07-CV-07783 (AKH)
              Plaintiff, :     07-CV-11633 (AKH)
:     08-CV-03397 (AKH)
              - against - :
:     <u>NOTICE OF MOTION</u>
BEAR STEARNS ASSET MANAGEMENT :
INC., *et al.*, :
:
              Defendants. :
———————————————————— x
GEOFFREY VARGA and WILLIAM :
CLEGHORN, *et al.*, :
:
              Plaintiffs, :
:
              - against - :
:
THE BEAR STEARNS COMPANIES, INC., :
*et al.*, :
:
              Defendants. :
———————————————————— x

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, defendant Raymond McGarrigal will move this Court, before the Honorable Alvin K. Hellerstein, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on January 7, 2009 at 10:00 a.m., for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), 23.1 and 9(b),

dismissing the claims asserted against him in the above-captioned actions and granting such other relief as the Court deems just and proper.

Dated:   New York, New York
         October 30, 2008

                                      Respectfully submitted,

                                      DRISCOLL & REDLICH

                                      By:   /s/ Catherine Redlich
                                            Catherine L. Redlich (6946)
                                            Cori Browne  (9408)
                                      521 Fifth Avenue, Suite 3300
                                      New York, New York 10175
                                      Telephone  (212) 986-4030

                                      E-Mail: credlich@driscollredlich.com

                                      *Attorneys for Defendant Raymond McGarrigal*

To:   Robert A. Nicholas, Esq.
      REED SMITH LLP
      599 Lexington Avenue
      New York, New York  10022
      Attorneys for the Varga Plaintiffs

      Johnston de F. Whitman, Jr.
      ENTWISTLE & CAPPUCCI LLP
      280 Park Avenue, 26th Fl. West
      New York, New York  10017
      Attorneys for Plaintiff Navigator
        Capital Partners, L.P.

      James J. Sabella
      GRANT & EISENHOFER P.A.
      485 Lexington Avenue, 29th Fl.
      New York, New York  10017
      Attorneys for Plaintiff FIC, L.P.

      Lisa Cahill, Esq.
      HUGHES HUBBARD & REED LLP

One Battery Park Plaza
New York, New York  10004
Attorneys for Defendant Ralph Cioffi

Barry Berke
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Attorneys for the Bear Stearns Defendants

Nina M. Beattie, Esq.
BRUNE & RICHARD LLP
80 Broad Street
New York, New York  10004
Attorneys for Defendant Matthew Tannin

Max R. Shulman, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Attorneys for Defendant Deloitte & Touche LLP

Richard A. Martin, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York  10103
Attorneys for Defendant Deloitte & Touche (Cayman)

Michael A. Collora, Esq.
DWYER & COLLORA, LLP
600 Atlantic Avenue, 12th Foor
Boston, Massachusetts  02110
Attorneys for Defendants Walkers
  Fund Services Limited, Scott Lennon
  and Michele Wilson-Clarke