UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGATOR CAPITAL PARTNERS L.P., on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>         - against -<br><br>BEAR STEARNS ASSET MANAGEMENT INC., ET AL.,<br><br>                Defendants,<br><br>         - and-<br><br>BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,<br><br>                Nominal Defendant. | No. 07 Civ. 07783 (AKH) |
| GEOFFREY VARGA and WILLIAM CLEGHORN, ET AL.,<br><br>                Plaintiffs,<br><br>         - against -<br><br>BEAR STEARNS ASSET MANAGEMENT INC., ET AL.,<br><br>                Defendants,<br><br>         - and-<br><br>THE BEAR STEARNS COMPANIES, INC., ET AL.,<br><br>                Nominal Defendant. | No. 08 Civ. 03397 (AKH) |

**DECLARATION OF MICHAEL A. COLLORA IN SUPPORT OF DEFENDANTS WALKERS FS, SCOTT LENNON, AND MICHELLE WILSON-CLARKE'S MOTION <u>TO DISMISS THE VARGA AND NAVIGATOR AMENDED COMPLAINTS</u>**

I, Michael A. Collora, state as follows:

1.  I am counsel of record for Walkers FS, Scott Lennon and Michelle Wilson-Clarke (the "Walkers Defendants"), in the above-captioned matters.

2.  I submit this Declaration in conjunction with the Walkers Defendants' Motion To Dismiss the Varga and Navigator Amended Complaints.

3.  Attached hereto as Exhibit T[1] is a true and correct copy of the Indictment in *United States v. Ralph Cioffi and Matthew Tannin*, Case No. 08-CR-415-FB, in the United States District Court for the Eastern District of New York.

4.  Attached hereto as Exhibit U is a true and correct copy of the Complaint in *Securities and Exchange Commission v. Ralph Cioffi and Matthew Tannin*, Case No. 08-CV-2457-FB, in the United States District Court for the Eastern District of New York.

5.  Attached hereto as Exhibit V is a true and correct copy of the Administrative Complaint in *In the Matter of Bear Stearns Asset Management, Inc.*, Docket No. E-2007-0064, filed with the Securities Division of the Massachusetts Secretary of State's Office.

6.  Attached hereto as Exhibit W is a true and correct copy of the Declaration of Simon Lovell Clayton Whicker, filed in *In re Bear Stearns High-Grade Structured Credit Strategies Master Fund, Ltd. and In re Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Master Fund, Ltd.*, Case No. 07-12383 (BRL), Case No. 07-12384 (BRL), in the United States Bankruptcy Court for the Southern District of New York.

7.  Attached hereto as Exhibit X is a true and correct copy of the Memorandum & Articles of Association of Bear Stearns High-Grade Structured Credit Strategies Master Fund Ltd.

---

[1] The Walkers Defendants' exhibits follow after exhibits A-S submitted by the Bear Stearns Defendants, attached to the Declaration of Marjorie E. Sheldon.

8.    Attached hereto as Exhibit Y is a true and correct copy of the Memorandum & Articles of Association of Bear Stearns High-Grade Structured Credit Strategies Leveraged (2X) Master Fund Ltd.

9.    Attached hereto as Exhibit Z is a true and correct copy of *Johnson v. Gore Wood* [2002] 2 AC 1 [House of Lords].

10.   Attached hereto as Exhibit AA is a true and correct copy of *Royal Brunei Airlines Sdn Bhd v. Tan* [1995] 2 AC 378 [Privy Council].

11.   Attached hereto as Exhibit BB is a true and correct copy of *Paget-Brown and Co. Ltd. v. Omni Securities Ltd.*, 1999 C.I.L.R. 184 [Cayman Islands Court of Appeal].

Signed under the pains and penalties of perjury this 30th day of October, 2008.

/s/ Michael A. Collora

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Michael A. Collora