UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
NAVIGATOR CAPITAL PARTNERS, L.P.,
on behalf of itself and all others similarly situated,

                Plaintiff,

- against -

BEAR STEARNS ASSET MANAGEMENT
INC., *et al.*,

                Defendants.
---------------------------------------------------------------x
FIC, L.P., individually, and on behalf of all others
similarly situated,

                Plaintiff,

- against -

BEAR STEARNS ASSET MANAGEMENT
INC., *et al.*,

                Defendants.
---------------------------------------------------------------x
GEOFFREY VARGA and WILLIAM
CLEGHORN, *et al.*,

                Plaintiffs,

- against -

THE BEAR STEARNS COMPANIES, INC.,
*et al.*,

                Defendants.
---------------------------------------------------------------x

07-CV-07783 (AKH)
07-CV-11633 (AKH)
08-CV-03397 (AKH)

DECLARATION OF
MARJORIE E. SHELDON

      MARJORIE E. SHELDON, an attorney duly admitted to practice before the Bar of this Court, hereby declares under penalty of perjury:

      1.    I am Special Counsel with the law firm of Kramer Levin Naftalis & Frankel LLP, attorneys for defendants The Bear Stearns Companies, Inc. (now known as The Bear Stearns

Companies LLC), Bear Stearns Asset Management Inc., Bear Stearns & Co. Inc. (now known as JPMorgan Securities Inc.), Bear Stearns Securities Corp. (now known as JPMorgan Clearing Corp.), Barry Cohen, Gerald Cummins, David Sandelovsky, Greg Quental, Michael Guarasci and George Buxton (together, the "Bear Stearns Defendants") in the three above-captioned actions. I respectfully submit this declaration to provide the Court with the documents that are cited in the memorandum of law in support of the Bear Stearns Defendants' motion to dismiss.

2. Attached as Exhibit A is a true and correct copy of the Amended Complaint in *FIC, L.P. v. Bear Stearns Asset Management Inc., et al.*, dated June 16, 2008.

3. Attached as Exhibit B is a true and correct copy of the Amended Complaint in *Varga v. The Bear Stearns Companies, Inc., et al.*, dated June 30, 2008.

4. Attached as Exhibit C is a true and correct copy of the Amended Complaint in *Navigator Capital Partners, L.P. v. Bear Stearns Asset Management Inc., et al.*, dated August 12, 2008.

5. Attached as Exhibit D is a true and correct copy of the Confidential Private Placement Memorandum for Bear Stearns High-Grade Structured Credit Strategies, L.P., dated August 31, 2004.

6. Attached as Exhibit E is a true and correct copy of the Confidential Private Placement Memorandum for Bear Stearns High-Grade Structured Credit Strategies, L.P., dated August 2006.

7. Attached as Exhibit F is a true and correct copy of the Preliminary Confidential Private Placement Memorandum for Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Fund, L.P., dated June 30, 2006.

8. Attached as Exhibit G is a true and correct copy of the Confidential Offering Memorandum for Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd., dated October 31, 2004.

9. Attached as Exhibit H is a true and correct copy of the Confidential Offering Memorandum for Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., dated August 2006.

10. Attached as Exhibit I is a true and correct copy of the Bear Stearns High-Grade Structured Credit Strategies, L.P. Amended and Restated Limited Partnership Agreement, dated as of August 31, 2006.

11. Attached as Exhibit J is a true and correct copy of the Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Fund, L.P. Amended and Restated Limited Partnership Agreement, dated as of July 31, 2006.

12. Attached as Exhibit K is a true and correct copy of the Amended and Restated Investment Management Agreement by and between Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd., and Bear Stearns Asset Management Inc., dated as of August 31, 2004.

13. Attached as Exhibit L is a true and correct copy of the Amended and Restated Investment Management Agreement by and between Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and Bear Stearns Asset Management Inc., dated as of June 30, 2006.

14. Attached as Exhibit M is a true and correct copy of the Bear Stearns High-Grade Structured Credit Strategies, L.P. Subscription Agreement for Limited Partnership Interests, signed by Navigator Capital Partners, L.P., dated August 25, 2004.

15. Attached as Exhibit N is a true and correct copy of the Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Fund, L.P. Subscription Agreement for Limited Partnership Interests, signed by FIC L.P., dated July 17, 2006.

16. Attached as Exhibit O is a true and correct copy of the Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. Subscription Agreement for Redeemable Participating Non-Voting Shares.

17. Attached as Exhibit P is a true and correct copy of the Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd. Subscription Agreement for Redeemable Participating Non-Voting Shares.

18. Attached as Exhibit Q is a true and correct copy of the Articles of Association of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd., Amended and Restated by Special Resolution dated October 1, 2003.

19. Attached as Exhibit R is a true and correct copy of the Memorandum & Articles of Association of Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., Amended and Restated by Special Resolution dated May 10, 2006.

20. Attached as Exhibit S is a true and correct copy of a letter from BSAM to investors, dated November 17, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on October 30, 2008.

                                             /s/ Marjorie E. Sheldon

**The exhibits to the Declaration of Marjorie E. Sheldon are too lengthy to be electronically filed and have been filed by hand with the permission of the Court.**

## Certificate of Service

I hereby certify that I caused a copy of the within Declaration of Marjorie E. Sheldon, dated October 30, 2008, and the exhibits annexed thereto, to be served by e-mail upon:

Robert A. Nicholas, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Attorneys for the Varga Plaintiffs

Johnston de F. Whitman, Jr.
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Fl. West
New York, New York 10017
Attorneys for Plaintiff Navigator
Capital Partners, L.P.

James J. Sabella
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Fl.
New York, New York 10017
Attorneys for Plaintiff FIC, L.P.

Lisa Cahill, Esq.
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Attorneys for Defendant Ralph Cioffi

Catherine L. Redlich, Esq.
DRISCOLL & REDLICH
521 Fifth Avenue, Suite 3300
New York, New York 10175
Attorneys for Defendant Raymond McGarrigal

Nina M. Beattie, Esq.
BRUNE & RICHARD LLP
80 Broad Street
New York, New York 10004
Attorneys for Defendant Matthew Tannin

Max R. Shulman, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Attorneys for Defendant Deloitte & Touche LLP

Richard A. Martin, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Attorneys for Defendant Deloitte & Touche (Cayman)

Michael A. Collora, Esq.
DWYER & COLLORA, LLP
600 Atlantic Avenue, 12th Foor
Boston, Massachusetts 02110
Attorneys for Defendants Walkers
Fund Services Limited, Scott Lennon
and Michele Wilson-Clarke

Dated: New York, New York
October 30, 2008

_____
Marjorie E. Sheldon
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attorneys for the Bear Stearns Defendants