UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGATOR CAPITAL PARTNERS L.P., on behalf of itself and others similarly situated,<br><br>                      Plaintiff,<br><br>-against-<br><br>BEAR STEARNS ASSET MANAGEMENT INC., ET AL.,<br><br>                      Defendants,<br><br>-and-<br><br>BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,<br><br>                      Nominal Defendant. | No 07 Civ. 07783 (AKH)<br>ECF Case |
| GEOFFREY VARGA and WILLIAM CLEGHORN, ET AL,<br><br>                      Plaintiff,<br><br>-against-<br><br>BEAR STEARNS ASSET MANAGEMENT INC., ET AL,<br><br>                      Defendants,<br><br>-and-<br><br>THE BEAR STEARNS COMPANIES, INC., ET AL.,<br><br>                      Nominal Defendant. | No. 08 Civ. 03397 (AKH) |

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Martin Seidel of Cadwalader, Wickersham & Taft LLP, with offices at One World Financial Center, New York, New York 10281, hereby appears as

the attorney of record for Defendants Walkers Funds Services Limited, Scott Lennon and Michelle Wilson-Clarke in this action.

Dated:    New York New York
          December 19, 2008

                                          CADWALADER, WICKERSHAM & TAFT LLP

                                          By    /s/ Martin Seidel
                                               Martin Seidel (MS 9459)
                                               One World Financial Center
                                               New York, New York  10281
                                               (212) 504-6000