UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGATOR CAPITAL PARTNERS L.P., on behalf of itself and others similarly situated,<br><br>         Plaintiff,<br><br>-against-<br><br>BEAR STEARNS ASSET MANAGEMENT INC., ET AL.,<br><br>         Defendants,<br><br>-and-<br><br>BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,<br><br>         Nominal Defendant. | No 07 Civ. 07783 (AKH)<br>ECF Case |
| GEOFFREY VARGA and WILLIAM CLEGHORN, ET AL,<br><br>         Plaintiff,<br><br>-against-<br><br>BEAR STEARNS ASSET MANAGEMENT INC., ET AL,<br><br>         Defendants,<br><br>-and-<br><br>THE BEAR STEARNS COMPANIES, INC., ET AL.,<br><br>         Nominal Defendant. | No. 08 Civ. 03397 (AKH) |

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Jessica Lively of Cadwalader, Wickersham & Taft LLP, with offices at One World Financial Center, New York, New York 10281, hereby appears as

-2-

the attorney of record for Defendants Walkers Funds Services Limited, Scott Lennon and Michelle Wilson-Clarke in this action.

Dated:   New York New York
         December 19, 2008

                                        CADWALADER, WICKERSHAM & TAFT LLP

                                        By   /s/ Jessica Lively
                                             Jessica Lively (JL 1744)
                                             One World Financial Center
                                             New York, New York  10281
                                             (212) 504-6000