UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
NAVIGATOR CAPITAL PARTNERS, L.P., on behalf : **SUMMARY ORDER**
of itself and all others similarly situated,               :
                                                           :
          Plaintiff,                              : 07 Civ. 7783 (AKH)
                                                           : 07 Civ. 11633 (AKH)
   -against-                                       : 08 Civ. 3397 (AKH)
                                                           :
BEAR STEARNS ASSET MANAGEMENT INC., et al., :
                                                           :
          Defendants.                          :
------------------------------------------------------------------------ x
FIC, L.P., individually, and on behalf of all others :
similarly situated,                                        :
                                                           :
          Plaintiff,                              :
                                                           :
   -against-                                       :
                                                           :
BEAR STEARNS ASSET MANAGEMENT INC., et al., :
                                                           :
          Defendants.                          :
------------------------------------------------------------------------ x
GEOFFREY VARGA and WILLIAM CLEGHORN, as :
Joint Voluntary Liquidators of Bear Stearns High-Grade :
Structured Credit Strategies (Overseas) Ltd. and Bear :
Stearns High-Grade Structured Credit Strategies    :
Enhanced Leverage (Overseas) Ltd., and as assignees of :
shares in Bear Stearns High-Grade Structured Credit :
Strategies Enhanced Leverage (Overseas) Ltd., et al., :
                                                           :
          Plaintiffs,                             :
                                                           :
   -against-                                       :
                                                           :
THE BEAR STEARNS COMPANIES, INC., et al.,    :
                                                           :
          Defendants.                          :
------------------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        On February 24, 2009, the parties in the above-captioned cases appeared before me for oral argument on the motions of all Defendants to dismiss each of the three Amended

1

Complaints. For the reasons stated on the record, the motions are denied as to the Navigator Amended Complaint and FIC Amended Complaint. As to the Varga Amended Complaint, the motions are denied as stated on the record, without prejudice to renewal. Plaintiffs may replead in that case by March 26, 2009.

The Clerk shall mark the motions (Docs. ## 44, 46, 49, 53, & 56 in 07 Civ. 7783; ## 30, 32, 34, & 37 in 07 Civ. 11633; and ## 81, 83, 85, 92, 94, 98, & 101 in 08 Civ. 3397) as terminated.

SO ORDERED.

Dated:   February 25, 2009
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge