ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/10

TO:     PLEASE SEE ATTACHED FAX COVER

FROM:   Brigitte Jones, Courtroom Deputy          Date: 5/20/2010
        by Order of Judge Alvin K. Hellerstein

RE: Navigator Capital Partners, LP v. Bear Stearns, et al. -07 Civ. 7783
    Stillwater Capital Partners, LP v. Bear Stearns, et al. - 09 Civ. 4223
    Varga, et al. v. Deloite & Touche LLP, et al.  - 09 Civ. 4936 (AKH)

   You are hereby notified that you are required to appear for an oral argument.

        Date:   June 24, 2010
        Time:   11:00 a.m.

        Place:  U.S. Courthouse - Southern District of New York
                500 Pearl Street
                Courtroom 14D
                New York, New York 10007

   It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

*[signature: Alvin K. Hellerstein]*