UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Navigator Capital Partners,      Plaintiff,

-against-

Bear Stearns, et al.      Defendant.
---------------------------------------------------------- X

1:07 CV 07783 (AKH)

### NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending            [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Kendra Melrose

[x]   Attorney

  [x]   I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: KM-4182 ; My State Bar Number is: 4729265

  [ ]   I am a Pro Hac Vice attorney

  [ ]   I am a Government Agency attorney

[x]   Law Firm/Government Agency Association Address Change

  From: 80 Broad Street, New York, NY 10004

  To: One Battery Park Plaza, New York, NY 10004

  [x]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] Address:   Brune & Richard LLP
               1 Battery Park Plaza, NY, NY 10004

[x] Telephone No.:   (212) 668-1900

[x] Fax No.:   (212) 668-0315

[x] E-Mail Address:   kmelrose@bruneandrichard.com

Dated: 10/4/2010

*/s/ K. Melrose*
ATTORNEY'S SIGNATURE