UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGATOR CAPITAL PARTNERS L.P., on behalf of itself and others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>BEAR STEARNS ASSET MANAGEMENT INC., ET AL.,<br><br>Defendants,<br><br>-and-<br><br>BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,<br><br>Nominal Defendant. | No 07 Civ. 07783 (AKH)<br>ECF Case<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE upon the accompanying Affirmation of Jessica Lively dated October 28, 2010, I move this court pursuant to Local Civil Rule 1.4 for an Order allowing my withdrawal as counsel for Defendants Walkers Funds Services Limited, Scott Lennon and Michelle Wilson-Clarke on this matter, and cancelling my receipt of Electronic Notices.

Dated:   New York, New York
         October 28, 2010

/s/Jessica Lively
Jessica Lively
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
jessica.lively@cwt.com

USActive 19332514.1