UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGATOR CAPITAL PARTNERS, L.P.<br><br>Plaintiffs,<br><br>-against-<br><br>BEAR STEARNS ASSET MANAGEMENT, INC.,<br>ET AL.,<br><br>Defendants. | 07 Civ. 07783 (AKH)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in the above-entitled action as counsel for defendant

Matthew Tannin.  I certify that I am admitted to practice before this Court.

Dated:   New York, New York
         December 30, 2010

**BRUNE & RICHARD LLP**

By:   /s/ Melissa Dassori
      Melissa Dassori
      BRUNE & RICHARD LLP
      One Battery Park Plaza
      New York, New York  10004
      Tel.:  (212) 668-1900
      Fax:  (212) 668-0315
      mdassori@bruneandrichard.com

      *Attorneys for Matthew Tannin*