

RECEIVED
FEB 10 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAVIGATOR CAPITAL PARTNERS L.P., on behalf of itself and others similarly situated,

    Plaintiff,

-against-

BEAR STEARNS ASSET MANAGEMENT INC., ET AL.,

    Defendants,

-and-

BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,

    Nominal Defendant.

No 07 Civ. 07783 (AKH)
ECF Case

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

*[Handwritten: motion as to Att'y Jessica Lively is granted. 2/10/11 /s/ AKH]*

PLEASE TAKE NOTICE upon the accompanying Affirmation of Jessica Lively dated October 28, 2010, I move this court pursuant to Local Civil Rule 1.4 for an Order allowing my withdrawal as counsel for Defendants Walkers Funds Services Limited, Scott Lennon and Michelle Wilson-Clarke on this matter, and cancelling my receipt of Electronic Notices.

Dated:    New York, New York
           October 28, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/11

/s/Jessica Lively
Jessica Lively
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
jessica.lively@cwt.com

USActive 19332514.1