UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGATOR CAPITAL PARTNERS, L.P., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>BEAR STEARNS ASSET MANAGEMENT INC., et al.,<br><br>Defendants,<br><br>- and -<br><br>BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,<br><br>Nominal Defendant. | No. 07 Civ. 07783 (AKH)<br><br>NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND ENTRY OF PROPOSED ORDER FOR <u>NOTICE AND HEARING</u> |

**PLEASE TAKE NOTICE**, that upon the annexed Declaration with exhibits of Arthur V. Nealon dated August 31, 2011, the Stipulation of Settlement dated August 26, 2011 proposing settlement of this action (the "Settlement"), the proposed form of Notice of Proposed Settlement of Derivative Action and Settlement Hearing (the "Notice") and Summary Notice of Proposed Settlement of Derivative Action And Settlement Hearing (the "Summary Notice") and the accompanying Memorandum of Law, Plaintiff Navigator Capital Partners, L.P. ("Navigator") will move this Court, before the Honorable Alvin K. Hellerstein, at the United States Courthouse, 500 Pearl Street, Courtroom 14D, New York, New York 10007 on September 16, 2011 at 10:00 a.m., for an Order, pursuant to Fed.R.Civ.P. 23.1(c) and Local Civil Rule 23.1.1:

    (i)    preliminarily approving the proposed Settlement;

    (ii)   approving the proposed Notice and Summary Notice; and

    (iii)  scheduling a hearing at which to make final determinations regarding approval of the Settlement and the request by Plaintiff's counsel for an award of attorneys'

fees, and for such other relief as the Court deems just and proper.

Dated: New York, New York
August 31, 2011

Respectfully submitted,

**ENTWISTLE & CAPPUCCI LLP**
By:_____/s/_____
     Andrew J. Entwistle
     Arthur V. Nealon
280 Park Avenue, 26th Floor West
New York, New York 10017
(212) 894-7200

**SADIS & GOLDBERG**
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793

*Attorneys for Plaintiff*
*Navigator Capital Partners, L.P.*

To:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Barry H. Berke
Kerri Ann Law
Marjorie E. Sheldon
Norman Simon
1177 Avenue of the Americas
New York, New York 10036
*Attorneys for the Bear Stearns Defendants*

CADWALADER WICKERSHAM & TAFT LLP
Martin Seidel
Mollie O'Rourke
One World Financial Center
New York, New York 10281
*Attorneys for the Walkers Defendants*

HUGHES HUBBARD & REED LLP
Marc Weinstein
Lisa A. Cahill
One Battery Park Plaza
New York, N.Y. 10004
*Attorneys for Defendant Ralph Cioffi*

BRUNE & RICHARD LLP
Nina M. Beattie
Theresa Trzaskoma
One Battery Park Plaza
New York, N.Y. 10004
*Attorneys for Defendant Matthew Tannin*

DRISCOLL & REDLICH
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, N.Y. 10175
*Attorneys for Defendant Raymond McGarrigal*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach
Craig D. Grear
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801
*Attorneys for John Milsom and Richard Heis as Liquidators*