UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------
NAVIGATOR CAPITAL PARTNERS, L.P., on behalf of itself and all others similarly situated,

      Plaintiff,

- against -

BEAR STEARNS ASSET MANAGEMENT INC., et al.,

      Defendants,

- and -

BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P.,

      Nominal Defendant.
---------------------------------------------------------------------

No. 07 Civ. 07783 (AKH)

NOTICE OF MOTION FOR FINAL APPROVAL OF DERIVATIVE LITIGATION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES

**PLEASE TAKE NOTICE**, that upon the annexed Declaration with exhibits of Andrew J. Entwistle dated September 30, 2011, the Stipulation of Settlement dated August 26, 2011 (the "Stipulation"), the Order of this Court dated September 16, 2011 granting preliminary approval of the settlement as set forth in the Stipulation (the "Settlement") and the accompanying Memorandum of Law, Plaintiff Navigator Capital Partners, L.P. ("Navigator") will move this Court, before the Honorable Alvin K. Hellerstein, at the United States Courthouse, 500 Pearl Street, Courtroom 14D, New York, New York 10007 on November 2, 2011 at 11:30 a.m., for an Order, pursuant to Fed.R.Civ.P. 23.1(c) and Local Civil Rule 23.1.1:

(i)     approving the Settlement as fair, reasonable and adequate and directing the parties to consummate the Settlement in accordance with the terms of the Stipulation;

(ii)    awarding attorneys' fees and expenses to Plaintiff's counsel; and

(iii)   for such other relief as the Court deems just and proper.

Dated: New York, New York
September 30, 2011

Respectfully submitted,

**ENTWISTLE & CAPPUCCI LLP**
By:             /s/
   Andrew J. Entwistle
   Arthur V. Nealon
   Jordan A. Cortez
280 Park Avenue, 26th Floor West
New York, New York 10017
(212) 894-7200

**SADIS & GOLDBERG**
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793

*Attorneys for Plaintiff*
*Navigator Capital Partners, L.P.*

To:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Barry H. Berke
Kerri Ann Law
Marjorie E. Sheldon
Norman Simon
1177 Avenue of the Americas
New York, New York 10036
*Attorneys for the Bear Stearns Defendants*

CADWALADER WICKERSHAM & TAFT LLP
Martin Seidel
Mollie O'Rourke
One World Financial Center
New York, New York 10281
*Attorneys for the Walkers Defendants*

HUGHES HUBBARD & REED LLP
Marc Weinstein
Lisa A. Cahill
One Battery Park Plaza
New York, N.Y. 10004
*Attorneys for Defendant Ralph Cioffi*

EC.46394.1                       2

BRUNE & RICHARD LLP
Nina M. Beattie
Theresa Trzaskoma
One Battery Park Plaza
New York, N.Y. 10004
*Attorneys for Defendant Matthew Tannin*

DRISCOLL & REDLICH
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, N.Y. 10175
*Attorneys for Defendant Raymond McGarrigal*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach
Craig D. Grear
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801
*Attorneys for John Milsom and Richard Heis as Liquidators*