UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---------------------------------------------------------------- x

NAVIGATOR CAPITAL PARTNERS, L.P., on behalf
of itself and all others similarly situated,

               Plaintiff,

   - against -

BEAR STEARNS ASSET MANAGEMENT INC.,
BEAR, STEARNS SECURITIES CORP., THE BEAR
STEARNS COMPANIES INC., BEAR, STEARNS &
CO. INC., RALPH CIOFFI, RAYMOND
MCGARRIGAL, MATTHEW TANNIN, BARRY
COHEN, GERALD CUMMINS, DAVID
SANDELOVSKY, GREGORY QUENTAL, SCOTT
LENNON, MICHELLE WILSON-CLARKE, AND
WALKERS FUND SERVICES LIMITED,

               Defendants,

   - and -

BEAR STEARNS HIGH-GRADE STRUCTURED
CREDIT STRATEGIES, L.P.,

               Nominal Defendant.

---------------------------------------------------------------- x

No. 07 Civ. 07783 (AKH)

Stipulation and Order of
Dismissal of the Director
Defendants With Prejudice



IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for all parties to the above-captioned action that, contingent upon Final Court Approval of the Stipulation of Settlement dated August 26, 2011 (the "Stipulation") as defined in par. 2.9 of the Stipulation, this action is dismissed with prejudice against defendants Barry Cohen, Gerald Cummins, David Sandelovsky, Gregory Quental (collectively, the "Bear Stearns Director

Defendants"), Scott Lennon and Michelle Wilson-Clarke (together, the "Walkers Director Defendants").

Dated: New York, New York
August 30, 2011

**ENTWISTLE & CAPPUCCI LLP**

By: _/s/ Arthur Nealon_
Andrew J. Entwistle
Arthur V. Nealon
Johnathan H. Beemer
Joshua K. Porter
280 Park Avenue, 26th Floor West
New York, NY 10017
Telephone: (212) 894-7200
aentwistle@entwistle-law.com
anealon@entwistle-law.com

-and-

**SADIS & GOLDBERG LLP**

By: _/s/ Douglas R. Hirsch_
Douglas R. Hirsch
551 Fifth Avenue, 21st Floor
New York, NY 10176
Telephone: (212) 947-3793
dhirsch@sglawyers.com
*Attorneys for Plaintiff Navigator Capital Partners L.P.*

**BRUNE & RICHARD LLP**

By: _____
Nina M. Beattie
Theresa Trzaskoma
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 668-1900
nbeattie@bruneandrichard.com
ttrzaskoma@bruneandrichard.com
*Attorneys for Defendant Matthew Tannin*

So Ordered
/s/ Alvin K. Hellerstein
U.S. Dist. Judge
11/2/11

2

Defendants"), Scott Lennon and Michelle Wilson-Clarke (together, the "Walkers Director Defendants").

Dated: New York, New York
August 30, 2011

| **ENTWISTLE & CAPPUCCI LLP** | **BRUNE & RICHARD LLP** |
|---|---|
| By: _____ <br> Andrew J. Entwistle <br> Arthur V. Nealon <br> Johathan H. Beemer <br> Joshua K. Porter <br> 280 Park Avenue, 26th Floor West <br> New York, NY 10017 <br> Telephone: (212) 894-7200 <br> aentwistle@entwistle-law.com <br> anealon@entwistle-law.com <br><br> -and- <br><br> **SADIS & GOLDBERG LLP** <br><br> By: _____ <br> Douglas R. Hirsch <br> 551 Fifth Avenue, 21st Floor <br> New York, NY 10176 <br> Telephone: (212) 947-3793 <br> dhirsch@sglawyers.com <br> *Attorneys for Plaintiff Navigator Capital Partners L.P.* | By: /s/ Nina Beattie (NJ) <br> Nina M. Beattie <br> Theresa Trzaskoma <br> One Battery Park Plaza <br> New York, NY 10004 <br> Telephone: (212) 668-1900 <br> nbeattie@bruneandrichard.com <br> ttrzaskoma@bruneandrichard.com <br> *Attorneys for Defendant Matthew Tannin* |

2

EC.46199.1

HUGHES HUBBARD & REED LLP

By: _____
Marc A. Weinstein
Lisa Cahill
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6000
Weinstei@hugheshubbard.com
Cahill@hugheshubbard.com

*Attorneys for Defendant Ralph Cioffi*

CADWALADER, WICKERSHAM &
TAFT, LLP

By: _____
Martin L. Seidel
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Martin.seidel@cwt.com

*Attorneys for Defendants Walkers Fund
Services Ltd. and the Walker Director
Defendants*

DRISCOLL & REDLICH

By: _____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, NY 10175
Telephone: (212) 986-4030
credlich@driscollredlich.com

*Attorneys for Defendant Raymond McGarrigal*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: _____
Barry H. Berke
Kerri Ann Law
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Bberke@kramerlevin.com
klaw@kramerlevin.com

*Attorneys for the Bear Stearns Entities and the
Bear Stearns Director Defendants*

3

EC.48199.1

HUGHES HUBBARD & REED LLP

By: _____
Marc A. Weinstein
Lisa Cahill
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6000
Weinstei@hugheshubbard.com
Cahill@hugheshubbard.com

*Attorneys for Defendant Ralph Cioffi*

CADWALADER, WICKERSHAM & TAFT, LLP

By: _____
Martin L. Seidel
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Martin.seidel@cwt.com

*Attorneys for Defendants Walkers Fund Services Ltd. and the Walker Director Defendants*

DRISCOLL & REDLICH

By: *Catherine L. Redlich* /smj
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, NY 10175
Telephone: (212) 986-4030
credlich@driscollredlich.com

*Attorneys for Defendant Raymond McGarrigal*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Barry H. Berke
Kerri Ann Law
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Bberke@kramerlevin.com
klaw@kramerlevin.com

*Attorneys for the Bear Stearns Entities and the Bear Stearns Director Defendants*

3

**HUGHES HUBBARD & REED LLP**

By: _____
Marc A. Weinstein
Lisa Cahill
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6000
Weinstei@hugheshubbard.com
Cahill@hugheshubbard.com

*Attorneys for Defendant Ralph Cioffi*

**CADWALADER, WICKERSHAM & TAFT, LLP**

By: _____
Martin L. Seidel
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Martin.seidel@cwt.com

*Attorneys for Defendants Walkers Fund Services Ltd. and the Walker Director Defendants*

**DRISCOLL & REDLICH**

By: _____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, NY 10175
Telephone: (212) 986-4030
credlich@driscollredlich.com

*Attorneys for Defendant Raymond McGarrigal*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: /s/ _____
Barry H. Berke
Kerri Ann Law
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Bberke@kramerlevin.com
klaw@kramerlevin.com

*Attorneys for the Bear Stearns Entities and the Bear Stearns Director Defendants*

3

EC.46199.1

| | |
|---|---|
| **HUGHES HUBBARD & REED LLP**<br><br>By: _____<br>Marc A. Weinstein<br>Lisa Cahill<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: (212) 837-6000<br>Weinstei@hugheshubbard.com<br>Cahill@hugheshubbard.com<br><br>*Attorneys for Defendant Ralph Cioffi* | **CADWALADER, WICKERSHAM &**<br>**TAFT, LLP**<br><br>By: _____<br>Martin L. Seidel<br>One World Financial Center<br>New York, NY 10281<br>Telephone: (212) 504-6000<br>Martin.seidel@cwt.com<br><br>*Attorneys for Defendants Walkers Fund*<br>*Services Ltd. and the Walker Director*<br>*Defendants* |

**DRISCOLL & REDLICH**

By: _____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, NY 10175
Telephone: (212) 986-4030
credlich@driscollredlich.com

*Attorneys for Defendant Raymond McGarrigal*

**KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP**

By: _____
Barry H. Berke
Kerri Ann Law
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Bberke@kramerlevin.com
klaw@kramerlevin.com

*Attorneys for the Bear Stearns Entities and the*
*Bear Stearns Director Defendants*

3

EC.46199.1